## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **DEFENSE DISTRIBUTED,**<br>**Plaintiff** | § <br> § <br> § | |
| **v.** | § <br> § | **Civil Action No. 4:22-cv-00691-O** |
| **PAMELA BONDI in her Official**<br>**Capacity as Attorney General of the**<br>**United States,** *et al.***,** | § <br> § <br> § <br> § | |
| **Defendants.** | § <br> § <br> § | |

### Defense Distributed's Notice of Appeal

Defense Distributed appeals to the United States Court of Appeals for the Fifth Circuit from this Court's refusal of the preliminary injunction requested by Defense Distributed's Motion for a Preliminary Injunction," Doc. 293 (filed June 6, 2025), Defense Distributed's Reply in Support of Defense Distributed's Motion for a Preliminary Injunction, Doc. 299 (filed July 11, 2025), and Defense Distributed's Notice of Irreparable Harm in Support of Defense Distributed's Motion for a Preliminary Injunction, Doc. 301 (filed January 26, 2026).

Respectfully submitted,

By /s/ *Chad Flores*
Chad Flores
  chad@chadflores.law
  Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
P: (713) 893-9440
F: (832) 645-2496

Counsel for Defense Distributed

**Certificate of Service**

A true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record on the day of its filing.

/s/ Chad Flores
Chad Flores