**TRANSCRIPT ORDER FORM (DKT-13) - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court Northern District of Texas District Court Docket No. 4:22-cv-00691

Short Case Title Defense Distributed v. Bondi

**ONLY ONE COURT REPORTER PER FORM** Court Reporter ______

Date Notice of Appeal Filed in the District Court March 12, 2026 Court of Appeals No. TBD

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☒No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐Bail Hearing ______ ☐Voir Dire ______

☐Opening Statement of Plaintiff ______ ☐Opening Statement of Defendant ______

☐Closing Argument of Plaintiff ______ ☐Closing Argument of Defendant: ______

☐Opinion of court ______ ☐Jury Instructions ______ ☐Sentencing ______

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

☐Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);

☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds

☐Other ______

Signature [signature] Date Transcript Ordered N/A

Print Name Chad Flores Phone (713) 364-6640

Counsel for Defense Distributed

Address 917 Franklin Street, Suite 600, Houston, Texas 77002

Email of Attorney: chad@chadflores.law

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) ______

Date ______ Signature of Reporter ______ Tel. ______

Email of Reporter ______

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages ______ Actual Number of Volumes ______

Date ______ Signature of Reporter ______