# No. 26-10244

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

Defense Distributed,

Intervenor Plaintiff - Appellant

v.

Todd Wallace Blanche, Acting U.S. Attorney General, in her official capacity as Attorney General of the United States; United States Department of Justice; Daniel P. Driscoll, in his official capacity as Acting Director of the Bureau of Alcohol,Tobacco, Firearms and Explosives; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

Defendants - Appellees

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**RECORD EXCERPTS**

SUBMITTED BY:
Chad Flores
1221 McKinney Street
Houston, TX 77010
713-951-3700

# Table of Contents

| Document | Record Citation | Tab |
|---|---|---|
| Docket Sheet - 4:22-CV-691 | ROA.1-80 | Tab 1 |
| Notice of Appeal | ROA.6181-6182 | Tab 2 |
| Order of Dismissal or Administrative Closure | ROA.6184-6185 | Tab 3 |
| Order on Motion for Injunction | ROA.6209-6212 | Tab 4 |
| Exhibit(s) A - 2023 Declaration | ROA.5506-5511 | Tab 5 |
| Exhibit(s) B - 2025 Declaration | ROA.5512-5518 | Tab 6 |
| Exhibit(s) A - Declaration of Grant Williams | ROA.6179 | Tab 7 |
| Exhibit(s) B - Declaration of Marc Cisneros | ROA.6180 | Tab 8 |



**TAB 1**

# U.S. District Court
## Northern District of Texas (Fort Worth)
## CIVIL DOCKET FOR CASE #: 4:22-cv-00691-O

VanDerStok et al v. Garland et al
Assigned to: Chief District Judge Reed O'Connor
Related Case: 4:23-cv-00029-O
Case in other court:  United States Court of Appeals 5th Circuit, 22-11071

United States Court of Appeals 5th Circuit, 22-11086

United States Court of Appeals 5th Circuit, 23-10463

United States Court of Appeals 5th Circuit, 23-10718

United States Court of Appeals 5th Circuit, 26-10244

Cause: 05:551 Administrative Procedure Act

Date Filed: 08/11/2022
Date Terminated: 03/19/2026
Jury Demand: None
Nature of Suit: 899 Other Statutes: Administrative Procedure Act/Review or Appeal of Agency Decision
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Jennifer VanDerStok**
*TERMINATED: 07/05/2023*

represented by **R Brent Cooper**
Cooper & Scully PC
900 Jackson Street, Suite 100
Dallas, TX 75202
214-712-9501
Fax: 214-712-9540
Email: brent.cooper@cooperscully.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Benjamin David Passey**
Holland & Hart LLP
222 South Main Street
Suite 2200
Salt Lake City, UT 84101
801-799-5828
Fax: 801-606-2701
Email: bdpassey@hollandhart.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Brian A Abbas**
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
303-292-2021
Email: babbas@mslegal.org

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Cody J Wisniewski**
FPC Action Foundation
5550 Painted Mirage Road
Suite 320
Las Vegas, NV 89149
615-955-4306
Email: cwi@fpcafhq.org
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Erin M Erhardt**
National Rifle Association
11250 Waples Mill Road
Fairfax, VA 80247
720-584-4578
Email: eerhardt@nrahq.org
*TERMINATED: 05/20/2023*
*Bar Status: Not Admitted*

**Kaitlyn D Schiraldi**
New Civil Liberties Alliance
1225 19th Street NW
Suite 450
Washington, DC 20036
202-869-5210
Email: kaitlyn.schiraldi@ncla.legal
*TERMINATED: 05/17/2023*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Nathan Curtis Flanigin**
Cooper & Scully PC
900 Jackson Street, Suite #100
Dallas, TX 75202
214-712-9550
Fax: 214-712-1540
Email: nathan.flanigin@cooperscully.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

**Michael G Andren**
*TERMINATED: 07/05/2023*

represented by  **R Brent Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Benjamin David Passey**

(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Brian A Abbas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Cody J Wisniewski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Erin M Erhardt**
(See above for address)
*TERMINATED: 05/20/2023*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Kaitlyn D Schiraldi**
(See above for address)
*TERMINATED: 05/17/2023*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Nathan Curtis Flanigin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**<u>Plaintiff</u>**

**Tactical Machining LLC**
*a limited liability company*
*TERMINATED: 07/05/2023*

represented by **R Brent Cooper**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Benjamin David Passey**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Brian A Abbas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Cody J Wisniewski**
(See above for address)

26-10244.3

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Erin M Erhardt**
(See above for address)
*TERMINATED: 05/20/2023*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Kaitlyn D Schiraldi**
(See above for address)
*TERMINATED: 05/17/2023*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Nathan Curtis Flanigin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Plaintiff**

| | | |
|---|---|---|
| **Firearms Policy Coalition Inc** | represented by | **R Brent Cooper** |
| *a nonprofit corporation* | | (See above for address) |
| *TERMINATED: 07/05/2023* | | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Benjamin David Passey**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Brian A Abbas**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Cody J Wisniewski**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Erin M Erhardt**
(See above for address)
*TERMINATED: 05/20/2023*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Kaitlyn D Schiraldi**
(See above for address)

*TERMINATED: 05/17/2023*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Nathan Curtis Flanigin**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Intervenor Plaintiff**

**Blackhawk Manufacturing Group Inc.**     represented by     **Brian Daniel Poe**
*TERMINATED: 07/05/2023*                                        Brian D Poe Attorney PLLC
*doing business as*                                             909 Throckmorton Street
80 Percent Arms                                                Fort Worth, TX 76102
*TERMINATED: 07/05/2023*                                        817-870-2022
                                                               Fax: 817-977-6501
                                                               Email: bpoe@bpoelaw.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Bar Status: Admitted/In Good Standing*

                                                               **Joseph Christopher Amrhein , Jr**
                                                               McCarter & English LLP
                                                               265 Franklin Street
                                                               Boston, MA 02110
                                                               617-960-2243
                                                               Email: camrhein@mccarter.com
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Bar Status: Not Admitted*

                                                               **Michael J Sullivan**
                                                               Ashcroft Law Firm
                                                               15 Broad Street
                                                               Suite 500
                                                               Boston, MA 02109
                                                               617-573-9400
                                                               Email: msullivan@ashcroftlawfirm.com
                                                               *PRO HAC VICE*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Bar Status: Not Admitted*

                                                               **Nathan P. Brennan**
                                                               Ashcroft Law Firm, LLC
                                                               200 State Street
                                                               7th Floor
                                                               Boston, MA 02109
                                                               617-573-9400
                                                               Email: nbrennan@ashcroftlawfirm.com
                                                               *PRO HAC VICE*

*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **Defense Distributed**<br>*TERMINATED: 07/05/2023* | represented by | **Charles Flores**<br>Flores Law PLLC<br>917 Franklin Street<br>Suite 600<br>Houston, TX 77002<br>713-364-6440<br>Email: chad@chadflores.law<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Nicholas M Bruno**
Beck Redden LLP
1221 McKinney
Suite 4500
Houston, TX 77010
713-951-6232
Fax: 713-951-3720
Email: nbruno@beckredden.com
*TERMINATED: 06/02/2023*
*Bar Status: Admitted/In Good Standing*

**Zachary Nelson**
54 Fountain St
Rochester, NY 14620
970-426-6315
Email: zachary.nelson@ag.ny.gov
*TERMINATED: 03/06/2023*
*Bar Status: Admitted/In Good Standing*

**Intervenor Plaintiff**

| | | |
|---|---|---|
| **Second Amendment Foundation Inc**<br>*TERMINATED: 07/05/2023* | represented by | **Charles Flores**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

**Nicholas M Bruno**
(See above for address)
*TERMINATED: 06/02/2023*
*Bar Status: Admitted/In Good Standing*

**Zachary Nelson**
(See above for address)
*TERMINATED: 03/06/2023*
*Bar Status: Admitted/In Good Standing*

**Intervenor Plaintiff**

**Not An LLC**
*TERMINATED: 07/05/2023*
*doing business as*
JSD Supply
*TERMINATED: 07/05/2023*

represented by **Matthew Joseph Smid**
301 Commerce Street, Suite 2001
Fort Worth, TX 76102
817-332-3822
Fax: 817-332-2763
Email: matt@mattsmidlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**J Mark Brewer**
J Mark Brewer
222 Hilltop Drive
Spring Branch, TX 78070
830-307-7787
Email: brewer@bplaw.com
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Intervenor Plaintiff**

**Polymer80 Inc**

represented by **Polymer80 Inc**
PRO SE

**Dennis Daniels**
Bradley Arant Boult Cummings LLP
1445 Ross Avenue, Suite 3600
Dallas, TX 75202
214-257-9846
Fax: 214-939-8787
Email: dldaniels@bradley.com
*TERMINATED: 05/23/2025*
*Bar Status: Admitted/In Good Standing*

**James W Porter , III**
Bradley Arant Boult Cummings
1819 Fifth Avenue North
One Federal Place
Birmingham, AL 35203
205-521-8285
Fax: 205-488-6285
Email: jporter@bradley.com
*TERMINATED: 05/23/2025*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Marc A Nardone**
Bradley Arant Boult Cummings
1615 L Street, N.W.
Suite 1350
Washington, DC 20036
202-719-8256
Email: mnardone@bradley.com
*TERMINATED: 01/05/2024*

*PRO HAC VICE*
*Bar Status: Not Admitted*

V.

**Defendant**

**Merrick Garland**
*in his Official capacity as Attorney General*
*of the United States*

represented by **Daniel M Riess**
US Department of Justice - Civil Division
1100 L Street NW
Washington, DC 20005
202/353-3098
Fax: 202/616-8460
Email: Daniel.Riess@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Jeremy S B Newman**
DOJ-Civ
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202-532-3114
Email: jeremy.s.newman@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Martin M Tomlinson**
DOJ-Civ
Civil Division
1100 L St., N.W.
Room 12504
Washington, DC 20530
202-353-4556
Email: martin.m.tomlinson@usdoj.gov
*TERMINATED: 03/23/2023*
*Bar Status: Not Admitted*

**Taisa M. Goodnature**
Hecker Fink LLP
1050 K Street NW
Suite 1040
Washington, DC 20001
929-294-2548
Email: tgoodnature@heckerfink.com
*TERMINATED: 03/03/2025*
*Bar Status: Not Admitted*

**Defendant**

**United States Department of Justice**

represented by **Daniel M Riess**
(See above for address)
*LEAD ATTORNEY*

26-10244.8

*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Jeremy S B Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Martin M Tomlinson**
(See above for address)
*TERMINATED: 03/23/2023*
*Bar Status: Not Admitted*

**Taisa M. Goodnature**
(See above for address)
*TERMINATED: 03/03/2025*
*Bar Status: Not Admitted*

**<u>Defendant</u>**

**Steven Dettelbach**
*in his official capacity as Director of the*
*Bureau of Alcohol, Tobacco, Firearms and*
*Explosives*

represented by **Daniel M Riess**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Jeremy S B Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Martin M Tomlinson**
(See above for address)
*TERMINATED: 03/23/2023*
*Bar Status: Not Admitted*

**Taisa M. Goodnature**
(See above for address)
*TERMINATED: 03/03/2025*
*Bar Status: Not Admitted*

**<u>Defendant</u>**

**Bureau of Alcohol, Tobacco, Firearms,**
**and Explosives**

represented by **Daniel M Riess**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Jeremy S B Newman**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

<span style="color:red">26-10244.9</span>

**Martin M Tomlinson**
(See above for address)
*TERMINATED: 03/23/2023*
*Bar Status: Not Admitted*

**Taisa M. Goodnature**
(See above for address)
*TERMINATED: 03/03/2025*
*Bar Status: Not Admitted*

**Amicus**

**Gun Owners for Safety**                    represented by    **Rebecca Wernicke Anthony**
*Party and attorney are active (attorney has*                 Jones Day
*been terminated to restrict access to sealed*                2727 North Harwood Street, Ste 100
*filings.)*                                                    Dallas, TX 75201
                                                              214-969-4886
                                                              Fax: 214-969-5100
                                                              Email: ranthony@jonesday.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: Admitted/In Good Standing*

                                                              **Angela Ashley Korge**
                                                              Jones Day
                                                              600 Brickell Ave
                                                              Suite 3300
                                                              Miami, FL 33131
                                                              305-714-9759
                                                              Fax: 305-717-9799
                                                              Email: akorge@jonesday.com
                                                              *TERMINATED: 08/29/2022*
                                                              *ATTORNEY TO BE NOTICED*
                                                              *Bar Status: Not Admitted*

                                                              **Barbara Mack Harding**
                                                              Jones Day
                                                              51 Louisiana Ave NW
                                                              Washington, DC 20001
                                                              202-879-4681
                                                              Fax: 202-626-1700
                                                              Email: bharding@jonesday.com
                                                              *TERMINATED: 05/01/2023*
                                                              *PRO HAC VICE*
                                                              *Bar Status: Not Admitted*

                                                              **Jennifer L Swize**
                                                              Jones Day
                                                              51 Louisiana Avenue NW
                                                              Washington, DC 20001
                                                              202-879-5417
                                                              Fax: 202-626-1700
                                                              Email: jswize@jonesday.com
                                                              *TERMINATED: 08/29/2022*

<span style="color:red">**26-10244.10**</span>

*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Joseph J Kiessling**
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001
202-879-4659
Fax: 202-626-1700
Email: jkiessling@jonesday.com
*TERMINATED: 08/30/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Megan Elizabeth Ball**
BrownWinick
666 Grand Avenue
Suite 2000
Des Moines, IA 50309
515-242-2400
Email: mball6@alumni.nd.edu
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**Jason Perry**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Rebecca Wernicke Anthony**
(See above for address)
*TERMINATED: 08/29/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Angela Ashley Korge**
(See above for address)
*TERMINATED: 08/29/2022*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Barbara Mack Harding**
(See above for address)
*TERMINATED: 05/01/2023*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Jennifer L Swize**
(See above for address)
*TERMINATED: 08/29/2022*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Joseph J Kiessling**
(See above for address)
*TERMINATED: 08/30/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Megan Elizabeth Ball**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**Ryan Busse**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Rebecca Wernicke Anthony**
(See above for address)
*TERMINATED: 08/29/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Angela Ashley Korge**
(See above for address)
*TERMINATED: 08/29/2022*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Barbara Mack Harding**
(See above for address)
*TERMINATED: 05/01/2023*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Jennifer L Swize**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Joseph J Kiessling**
(See above for address)
*TERMINATED: 08/30/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Megan Elizabeth Ball**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

*Bar Status: Not Admitted*

**Amicus**

**Jonathan Gold**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Rebecca Wernicke Anthony**
(See above for address)
*TERMINATED: 08/29/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Angela Ashley Korge**
(See above for address)
*TERMINATED: 08/29/2022*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Barbara Mack Harding**
(See above for address)
*TERMINATED: 05/01/2023*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Jennifer L Swize**
(See above for address)
*TERMINATED: 08/29/2022*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Joseph J Kiessling**
(See above for address)
*TERMINATED: 08/30/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Megan Elizabeth Ball**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**Steven Kling**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Rebecca Wernicke Anthony**
(See above for address)
*TERMINATED: 08/29/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Angela Ashley Korge**
(See above for address)

*TERMINATED: 08/29/2022*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Barbara Mack Harding**
(See above for address)
*TERMINATED: 05/01/2023*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Jennifer L Swize**
(See above for address)
*TERMINATED: 08/29/2022*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Joseph J Kiessling**
(See above for address)
*TERMINATED: 08/30/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Megan Elizabeth Ball**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**Scott Spreier**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Rebecca Wernicke Anthony**
(See above for address)
*TERMINATED: 08/29/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Angela Ashley Korge**
(See above for address)
*TERMINATED: 08/29/2022*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Barbara Mack Harding**
(See above for address)
*TERMINATED: 05/01/2023*
*PRO HAC VICE*
*Bar Status: Not Admitted*

**Jennifer L Swize**
(See above for address)
*TERMINATED: 08/29/2022*

*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Joseph J Kiessling**
(See above for address)
*TERMINATED: 08/30/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Megan Elizabeth Ball**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**<u>Amicus</u>**

**Brady United Against Gun Violence**
*Party and attorney are active (attorney has
been terminated to restrict access to sealed
filings.)*

represented by **Daniel Joseph Grooms**
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
202-842-7800
Fax: 202-842-7899
Email: dgrooms@cooley.com
*TERMINATED: 08/29/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Adam Menke Katz**
Simpson Thacher & Bartlett LLP
855 Boylston Street
Boston, MA 02116
617-778-9200
Email: adam.katz@stblaw.com
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Matthew Khoi Nguyen**
Cooley LLP
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
202-842-7800
Fax: 202-842-7899
Email: mnguyen@cooley.com
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

*Bar Status: Not Admitted*

**Rachel Hannah Alpert**
Cooley LLP
500 Boylston Street
14th Floor
Boston, MA 02116
617-937-2300
Fax: 617-937-2400
Email: ralpert@cooley.com
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**Everytown for Gun Safety Action Fund**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by
**Daniel Joseph Grooms**
(See above for address)
*TERMINATED: 08/29/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Adam Menke Katz**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Matthew Khoi Nguyen**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Rachel Hannah Alpert**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**March for Our Lives**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by
**Daniel Joseph Grooms**
(See above for address)
*TERMINATED: 08/29/2022*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

*Bar Status: Not Admitted*

**Adam Menke Katz**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Matthew Khoi Nguyen**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Rachel Hannah Alpert**
(See above for address)
*TERMINATED: 08/29/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

<u>**Amicus**</u>

**District of Columbia**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **William Bennett Thompson**
DLA Piper LLP US
1901 N Pearl Street, Suite 2200
Dallas, TX 75201
214-743-4500
Email: will.thompson1@us.dlapiper.com
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
Office of the Attorney General for the District of Columbia
400 6th Street NW
Suite 8100
Washington, DC 20001
202-724-6609
Fax: 202-741-0649
Email: caroline.vanzile@dc.gov
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

<u>**Amicus**</u>

**New Jersey**
*Party and attorney are active (attorney has*

represented by **William Bennett Thompson**
(See above for address)

*been terminated to restrict access to sealed
filings.)*

TERMINATED: 08/30/2022
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Bar Status: Admitted/In Good Standing

**Caroline S Van Zile**
(See above for address)
TERMINATED: 09/08/2022
PRO HAC VICE
ATTORNEY TO BE NOTICED
Bar Status: Not Admitted

**Amicus**

**Pennsylvania**
*Party and attorney are active (attorney has
been terminated to restrict access to sealed
filings.)*

represented by **William Bennett Thompson**
(See above for address)
TERMINATED: 08/30/2022
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Bar Status: Admitted/In Good Standing

**Caroline S Van Zile**
(See above for address)
TERMINATED: 09/08/2022
PRO HAC VICE
ATTORNEY TO BE NOTICED
Bar Status: Not Admitted

**Amicus**

**Prosecutors Against Gun Violence**
*Party and attorney are active (attorney has
been terminated to restrict access to sealed
filings.)*

represented by **John R Hardin**
Perkins Coie LLP
500 N Akard Street, Suite 3300
Dallas, TX 75201
214-965-7743
Fax: 214-965-7793
Email: JohnHardin@perkinscoie.com
TERMINATED: 08/30/2022
LEAD ATTORNEY
ATTORNEY TO BE NOTICED
Bar Status: Admitted/In Good Standing

**Arthur S. Greenspan**
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
212-262-6900
TERMINATED: 08/31/2022
Bar Status: Not Admitted

**Clarissa R Olivares**
Kaplan Fox & Kilsheimer LLP
1999 Harrison Street, Suite 1560

Oakland, CA 94612
415-772-4700
Fax: 415-772-4707
*TERMINATED: 08/30/2022*
*Bar Status: Not Admitted*

**David B. Massey**
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
212-262-66900
*TERMINATED: 08/31/2022*
*Bar Status: Not Admitted*

**Jacob J. Taber**
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
212-262-6900
*TERMINATED: 08/30/2022*
*Bar Status: Not Admitted*

**Lee S. Richards**
Perkins Coie LLP
1155 Avenue of Americas
2nd Floor
New York, NY 10036
212-262-6900
*TERMINATED: 08/31/2022*
*Bar Status: Not Admitted*

**Rachel S. Mechanic**
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
212-262-6900
*TERMINATED: 08/30/2022*
*Bar Status: Not Admitted*

**Rebecca L. Salk**
Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036
212-262-6900
*TERMINATED: 08/30/2022*
*Bar Status: Not Admitted*

**Amicus**

represented by

**California**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

**William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**Colorado**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**Connecticut**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**Delaware**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**<u>Amicus</u>**

**Hawaii**
*Party and attorney are active (attorney has*
*been terminated to restrict access to sealed*
*filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**<u>Amicus</u>**

**Illinois**
*Party and attorney are active (attorney has*
*been terminated to restrict access to sealed*
*filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**<u>Amicus</u>**

**Maine**
*Party and attorney are active (attorney has*
*been terminated to restrict access to sealed*
*filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

## Amicus

**Maryland**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

## Amicus

**Massachusetts**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

## Amicus

**Michigan**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

## Amicus

**Minnesota**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

<u>**Amicus**</u>

**New York**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

<u>**Amicus**</u>

**North Carolina**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

<u>**Amicus**</u>

**Oregon**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **William Bennett Thompson**
(See above for address)
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Caroline S Van Zile**
(See above for address)
*TERMINATED: 09/08/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

*Bar Status: Not Admitted*

**Amicus**

| | | |
|---|---|---|
| **Rhode Island**<br>*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)* | represented by | **William Bennett Thompson**<br>(See above for address)<br>*TERMINATED: 08/30/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |
| | | **Caroline S Van Zile**<br>(See above for address)<br>*TERMINATED: 09/08/2022*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |

**Amicus**

| | | |
|---|---|---|
| **Washington**<br>*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)* | represented by | **William Bennett Thompson**<br>(See above for address)<br>*TERMINATED: 08/30/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |
| | | **Caroline S Van Zile**<br>(See above for address)<br>*TERMINATED: 09/08/2022*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |

**Amicus**

| | | |
|---|---|---|
| **Wisconsin**<br>*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)* | represented by | **William Bennett Thompson**<br>(See above for address)<br>*TERMINATED: 08/30/2022*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |
| | | **Caroline S Van Zile**<br>(See above for address)<br>*TERMINATED: 09/08/2022*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Not Admitted* |

**Amicus**

| | | |
|---|---|---|
| **City of Baltimore, MD**<br>*Party and attorney are active (attorney has been terminated to restrict access to sealed* | represented by | **James L. Shea**<br>City Solicitor<br>100 N. Holliday Street |

Suite 101
Baltimore, MD 21202
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

### Amicus

**City of Boston, MA**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Adam Cederbaum**
1 City Hall Square, Room 615
Boston, MA 02201
617-635-4030
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

### Amicus

**City of Hartford, CT**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Howard G. Rifkin**
550 Main Street, Room 210
Hartford, CT 06103
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

### Amicus

**City of Los Angeles, CA**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Michael N. Feuer**
Los Angeles City Attorney
200 N. Main Sreet, 6th Floor
Los Angeles, CA 90012
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

### Amicus

**City of Chicago, IL**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Celia Meza**
City of Chicago, Department of Law
121 N. Lasalle Street, Room 600
Chicago, IL 60602
312-744-0220
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

### Amicus

**City of New York, NY**
*Party and attorney are active (attorney has*

represented by **Sylvia O. Hinds-Radix**
Corporation Counsel of the City of New

York
100 Church Street
New York, NY 10007
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**<u>Amicus</u>**

**City of Dayton, OH**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Barbara J. Doseck**
City of Dayton, Ohio
101 W. Third Street
Dayton, OH 45401
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**<u>Amicus</u>**

**City of Seattle, WA**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Ann Davison**
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**<u>Amicus</u>**

**City of Columbus, OH**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Zachary M. Klein**
City of Columbus, Department of Law
77 N. Front Street
Columbus, OH 43215
614-645-7385
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**<u>Amicus</u>**

**Oakland City Attorney's Office**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Barbara J. Parker**
Oakland City Attorney's Office
Oakland City Hall
1 Frank H. Ogawa Plaza
Oakland, CA 94612
510-238-3601
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**<u>Amicus</u>**

**City of Philadelphia, PA**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Diana P. Cortes**
City of Philadelphia Law Department
1515 Arch Street, 17th Floor
215-683-5003
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**City of Providence, RI**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Jeffrey Dana**
444 Westminster Street
Suite 200
Providence, RI 02903
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**City of Rochester, NY**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Linda S. Kingsley**
City of Rochester
30 Church Street
Room 400A
Rochester, NY 14614
585-428-6986
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**City and County of San Francisco, CA**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **David Chiu**
City Hall Room 234
One Drive Carlton B. Goodlett Pl.
San Fransisco, CA 94102
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**Amicus**

**City of San Jose, CA**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by **Nora Frimann**
City of San Jose, California
200 S. Santa Clara Street
San Jose, CA 95113
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**<u>Amicus</u>**

**Bexar County Criminal District Attorney**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by    **Joe D. Gonzales**
Bexar County Crimincal District Attorney
101 W. Nueva Street
7th Floor
San Antonio, TX 78205
210-335-2311
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**<u>Amicus</u>**

**Dallas County Criminal District Attorney**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by    **John C Creuzot**
Law Office of John Creuzot
3615 N Hall
Dallas, TX 75219
214/219-1000
Fax: 214/219-1003
Email: judgejohn@stalcuplaw.com
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**<u>Amicus</u>**

**Travis County District Attorney**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by    **Jose P. Garza**
Travis County District Attorney
Ronald Earle Building
415 West 11th Street
Austin, TX 78701
512-854-9400
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

**<u>Amicus</u>**

**City of Syracuse, NY**
*Party and attorney are active (attorney has been terminated to restrict access to sealed filings.)*

represented by    **Susan R. Katzoff**
City Hall Room 300
233 East Washington Street
Syracuse, NY 13202
315-448-8400
*TERMINATED: 08/30/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Not Admitted*

| Date Filed | # | Docket Text |
|---|---|---|

<span style="color:red">26-10244.28</span>

| | | |
|---|---|---|
| 08/11/2022 | 1 (p.81) | COMPLAINT against All Defendants filed by Tactical Machining LLC, Michael G Andren, Firearms Policy Coalition, Inc., Jennifer VanDerStok. (Filing fee $402; Receipt number 0539-13029162) Plaintiff will submit summons(es) for issuance. In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements and Judge Specific Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 (p.81) Cover Sheet, # 2 (p.137) Cover Sheet Supplement) (Cooper, R) (Entered: 08/11/2022) |
| 08/11/2022 | 2 (p.137) | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok. (Clerk QC note: No affiliate entered in ECF). (Cooper, R) (Entered: 08/11/2022) |
| 08/11/2022 | 3 (p.139) | NOTICE of Related Case filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Cooper, R) (Entered: 08/11/2022) |
| 08/11/2022 | 4 (p.142) | New Case Notes: A filing fee has been paid. File to: Judge O Connor. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge. Clerk to provide copy to plaintiff if not received electronically. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (mmw) (Entered: 08/11/2022) |
| 08/11/2022 | 5 (p.144) | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Cody J. Wisniewski (Filing fee $100; Receipt number 0539-13029438) filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Attachments: # 1 (p.81) Exhibit(s), # 2 (p.137) Proposed Order) (Cooper, R) (Entered: 08/11/2022) |
| 08/11/2022 | 6 (p.149) | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Erin M. |

26-10244.29

| | | |
|---|---|---|
| | | Erhardt (Filing fee $100; Receipt number 0539-13029461) filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Attachments: # 1 (p.81) Exhibit(s), # 2 (p.137) Proposed Order) (Cooper, R) (Entered: 08/11/2022) |
| 08/11/2022 | 7 (p.154) | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Kaitlyn D. Schiraldi (Filing fee $100; Receipt number 0539-13029475) filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Attachments: # 1 (p.81) Exhibit(s), # 2 (p.137) Proposed Order) (Cooper, R) (Entered: 08/11/2022) |
| 08/12/2022 | 8 | ELECTRONIC ORDER granting 5 (p.144) Application for Admission Pro Hac Vice of Cody J. Wisniewski. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 8/12/2022) (chmb) (Entered: 08/12/2022) |
| 08/12/2022 | 9 | ELECTRONIC ORDER granting 6 (p.149) Application for Admission Pro Hac Vice of Erin M. Erhardt. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 8/12/2022) (chmb) (Entered: 08/12/2022) |
| 08/12/2022 | 10 | ELECTRONIC ORDER granting 7 (p.154) Application for Admission Pro Hac Vice of Kaitlyn D. Schiraldi. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 8/12/2022) (chmb) (Entered: 08/12/2022) |
| 08/17/2022 | 11 (p.159) | Request for Clerk to issue Summons filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok. (Cooper, R) (Entered: 08/17/2022) |
| 08/17/2022 | 12 (p.167) | Summons issued as to Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice, U.S. Attorney, and U.S. Attorney General. (mmw) (Entered: 08/17/2022) |
| 08/17/2022 | 13 (p.191) | |

26-10244.30

| | | |
|---|---|---|
| | | Unopposed MOTION for Leave to File In Excess of Page Limit filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Attachments: # 1 (p.81) Proposed Order) (Cooper, R) (Entered: 08/17/2022) |
| 08/17/2022 | 14 | ELECTRONIC ORDER granting 13 (p.191) Motion for Leave to File. (The requesting party must file the document with the clerk.) (Ordered by Judge Reed C. O'Connor on 8/17/2022) (Judge Reed C. O'Connor) (Entered: 08/17/2022) |
| 08/17/2022 | 15 (p.195) | MOTION for Injunction filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Cooper, R) (Entered: 08/17/2022) |
| 08/17/2022 | 16 (p.199) | Brief/Memorandum in Support filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok re 15 (p.195) MOTION for Injunction (Attachments: # 1 (p.81) Exhibit(s), # 2 (p.137) Exhibit(s), # 3 (p.139) Exhibit(s), # 4 (p.142) Proposed Order) (Cooper, R) (Entered: 08/17/2022) |
| 08/17/2022 | 17 (p.279) | ORDER: re: 15 (p.195) MOTION for Injunction . To expedite resolution of the motion, the Court ORDERS Responses due by 8/26/2022. Replies due by 8/30/2022. (Ordered by Judge Reed C. O'Connor on 8/17/2022) (chmb) (Entered: 08/17/2022) |
| 08/17/2022 | 18 | ELECTRONIC ORDER deferring ruling on 15 (p.195) Motion for Injunction and requiring plaintiffs to provide the government notice of the deadlines in ECF No. 17, and file a pleading on the docket explaining how and when they provided notice. (Ordered by Judge Reed C. O'Connor on 8/17/2022) (Judge Reed C. O'Connor) (Entered: 08/17/2022) |
| 08/18/2022 | 19 (p.280) | NOTICE of Attorney Appearance by Daniel M Riess on behalf of Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice. (Filer confirms contact info in ECF is current.) (Riess, Daniel) (Entered: 08/18/2022) |
| 08/18/2022 | 20 (p.282) | MOTION to Transfer Case out of District/Division (), MOTION for Extension of Time to File Response/Reply to 15 (p.195) MOTION for Injunction filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice with Brief/Memorandum in Support. (Attachments: # 1 (p.81) Exhibit(s) 1, # 2 (p.137) Exhibit(s) 2) (Riess, Daniel) (Entered: 08/18/2022) |

| 08/18/2022 | 21 (p.410) | NOTICE of Attorney Appearance by Martin M Tomlinson on behalf of Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice. (Filer confirms contact info in ECF is current.) (Tomlinson, Martin) (Entered: 08/18/2022) |
|---|---|---|
| 08/18/2022 | 22 (p.413) | NOTICE of *Provision of Motion for Preliminary Injunction and Briefing Deadlines to Defendants* re: 18 Order on Motion for Injunction, filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Wisniewski, Cody) (Entered: 08/18/2022) |
| 08/18/2022 | 23 (p.417) | ORDER: re: 20 (p.282) MOTION to Transfer Case out of District/Division MOTION for Extension of Time . The Court ORDERS Plaintiffs to explain their opposition to Defendants' request for an extension of time by 8/19/22. (Ordered by Judge Reed C. O'Connor on 8/18/2022) (chmb) (Entered: 08/18/2022) |
| 08/19/2022 | 24 (p.418) | RESPONSE AND OBJECTION filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok re: 20 (p.282) MOTION to Transfer Case out of District/Division MOTION for Extension of Time to File Response/Reply to 15 (p.195) MOTION for Injunction (Wisniewski, Cody) (Entered: 08/19/2022) |
| 08/19/2022 | 25 (p.437) | ORDER deferring ruling on 20 (p.282) Motion to Transfer Case out of District/Division ; granting 20 (p.282) Motion to Extend Time to File Response/Reply. Defendants' response to Plaintiffs' preliminary-injunction motion is due by 8/29/2022. Plaintiffs' Reply due by 8/31/2022. (Ordered by Judge Reed C. O'Connor on 8/19/2022) (chmb) (Entered: 08/19/2022) |
| 08/22/2022 | 26 (p.438) | CERTIFICATE OF SERVICE by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok *Bureau of Alcohol, Tobacco, Firearms and Explosive* (Cooper, R) (Entered: 08/22/2022) |
| 08/22/2022 | 27 (p.441) | CERTIFICATE OF SERVICE by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok *Merrick Garland, US Attorney General* (Cooper, R) (Entered: 08/22/2022) |
| 08/22/2022 | 28 (p.444) | CERTIFICATE OF SERVICE by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok *Steven Dettelbach, Director of Bureau of ATF&E* (Cooper, R) (Entered: 08/22/2022) |
| 08/22/2022 | 29 (p.447) | |

| | | |
|---|---|---|
| | | SUMMONS RETRUEND service on USDOJ via AUSA on 8/17/2022///CERTIFICATE OF SERVICE by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok *US Department of Justice* (Cooper, R) Modified on 8/23/2022 (mmw). (Entered: 08/22/2022) |
| 08/26/2022 | 30 (p.450) | MOTION for Leave to File In Excess of Page Limit filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice (Riess, Daniel) (Entered: 08/26/2022) |
| 08/26/2022 | 31 (p.452) | REPLY filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 20 (p.282) MOTION to Transfer Case out of District/Division MOTION for Extension of Time to File Response/Reply to 15 (p.195) MOTION for Injunction (Riess, Daniel) (Entered: 08/26/2022) |
| 08/26/2022 | 32 (p.469) | ORDER: Before the Court is Defendants' Unopposed Motion to Exceed Page Limits (ECF No. 30 (p.450) ), filed August 26, 2022. Noting the motion is unopposed and finding good cause, the Court GRANTS the motion for leave to file a response in opposition exceeding 25 pages. (Ordered by Judge Reed C. O'Connor on 8/26/2022) (mmw) (Entered: 08/26/2022) |
| 08/29/2022 | 33 (p.470) | ORDER: Before the Court is Plaintiffs' Motion for Injunction (ECF No. 15 (p.195) ), filed August 17, 2022. Under Federal Rule of Civil Procedure 65, "the court may advance the trial on the merits and consolidate it with the hearing." The Court ORDERS the parties to brief whether the Court should advance the preliminary injunction motion to a determination on the merits. Cross-briefs are due by 5:00 PM, Wednesday, August 31, 2022. (Ordered by Judge Reed C. O'Connor on 8/29/2022) (sre) (Entered: 08/29/2022) |
| 08/29/2022 | 34 (p.471) | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number 0539-13073173) filed by Gun Owners for Safety, Jason Perry, Ryan Busse, Jonathan Gold, Steven Kling, Scott Spreier (Attachments: # 1 (p.81) Exhibit(s) Certificate of Good Standing). Party Gun Owners for Safety; Jason Perry; Ryan Busse; Jonathan Gold; Steven Kling; Scott Spreier added.Attorney Angela Ashley Korge added to party Gun Owners for Safety(pty:am), Attorney Angela Ashley Korge added to party Jason Perry(pty:am), Attorney Angela Ashley Korge added to party Ryan Busse(pty:am), Attorney Angela Ashley Korge added to party Jonathan Gold(pty:am), Attorney Angela Ashley Korge added to party Steven |

| | | |
|---|---|---|
| | | Kling(pty:am), Attorney Angela Ashley Korge added to party Scott Spreier(pty:am) (Korge, Angela) (Entered: 08/29/2022) |
| 08/29/2022 | 35 (p.475) | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number 0539-13074133) filed by Ryan Busse, Jonathan Gold, Gun Owners for Safety, Steven Kling, Jason Perry, Scott Spreier (Attachments: # 1 (p.81) Certificate of Good Standing)Attorney Megan Elizabeth Ball added to party Ryan Busse(pty:am), Attorney Megan Elizabeth Ball added to party Jonathan Gold(pty:am), Attorney Megan Elizabeth Ball added to party Gun Owners for Safety(pty:am), Attorney Megan Elizabeth Ball added to party Steven Kling(pty:am), Attorney Megan Elizabeth Ball added to party Jason Perry(pty:am), Attorney Megan Elizabeth Ball added to party Scott Spreier(pty:am) (Ball, Megan) (Entered: 08/29/2022) |
| 08/29/2022 | 36 (p.479) | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Jennifer L. Swize (Filing fee $100; Receipt number 0539-13074159) filed by Ryan Busse, Jonathan Gold, Gun Owners for Safety, Steven Kling, Jason Perry, Scott Spreier (Attachments: # 1 (p.81) Certificate of Good Standing)Attorney Jennifer L Swize added to party Ryan Busse(pty:am), Attorney Jennifer L Swize added to party Jonathan Gold(pty:am), Attorney Jennifer L Swize added to party Gun Owners for Safety(pty:am), Attorney Jennifer L Swize added to party Steven Kling(pty:am), Attorney Jennifer L Swize added to party Jason Perry(pty:am), Attorney Jennifer L Swize added to party Scott Spreier(pty:am) (Swize, Jennifer) (Entered: 08/29/2022) |
| 08/29/2022 | 37 (p.483) | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number 0539-13074173) filed by Brady United Against Gun Violence, Everytown for Gun Safety Action Fund, March for Our Lives. Party Brady United Against Gun Violence; Everytown for Gun Safety Action Fund; March for Our Lives added.Attorney Daniel Joseph Grooms added to party Brady United Against Gun Violence(pty:am), Attorney Daniel Joseph Grooms added to party Everytown for Gun Safety Action Fund(pty:am), Attorney Daniel Joseph Grooms added to party March for Our Lives(pty:am) (Grooms, Daniel) (Entered: 08/29/2022) |
| 08/29/2022 | 38 (p.489) | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number 0539-13074198) filed by Brady United Against Gun Violence, Everytown for Gun Safety Action Fund, March for Our Lives Attorney Adam Menke Katz added |

26-10244.34

| | | |
|---|---|---|
| | | to party Brady United Against Gun Violence(pty:am), Attorney Adam Menke Katz added to party Everytown for Gun Safety Action Fund(pty:am), Attorney Adam Menke Katz added to party March for Our Lives(pty:am) (Katz, Adam) (Entered: 08/29/2022) |
| 08/29/2022 | 39 (p.495) | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number 0539-13074201) filed by Brady United Against Gun Violence, Everytown for Gun Safety Action Fund, March for Our Lives Attorney Rachel Hannah Alpert added to party Brady United Against Gun Violence(pty:am), Attorney Rachel Hannah Alpert added to party Everytown for Gun Safety Action Fund(pty:am), Attorney Rachel Hannah Alpert added to party March for Our Lives(pty:am) (Alpert, Rachel) (Entered: 08/29/2022) |
| 08/29/2022 | 40 (p.501) | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number 0539-13074207) filed by Brady United Against Gun Violence, Everytown for Gun Safety Action Fund, March for Our Lives Attorney Matthew Khoi Nguyen added to party Brady United Against Gun Violence(pty:am), Attorney Matthew Khoi Nguyen added to party Everytown for Gun Safety Action Fund(pty:am), Attorney Matthew Khoi Nguyen added to party March for Our Lives(pty:am) (Nguyen, Matthew) (Entered: 08/29/2022) |
| 08/29/2022 | 41 (p.505) | RESPONSE filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 15 (p.195) MOTION for Injunction (Attachments: # 1 (p.81) Appendix) (Tomlinson, Martin) (Entered: 08/29/2022) |
| 08/29/2022 | 42 (p.556) | MOTION for Leave to File Amici Curiae Brief filed by Ryan Busse, Jonathan Gold, Gun Owners for Safety, Steven Kling, Jason Perry, Scott Spreier (Attachments: # 1 (p.81) Exhibit(s) A, # 2 (p.137) Proposed Order) (Anthony, Rebecca) (Entered: 08/29/2022) |
| 08/30/2022 | 43 (p.599) | MOTION for Leave to File to Proceed Without Local Counsel filed by Brady United Against Gun Violence, Everytown for Gun Safety Action Fund, March for Our Lives (Attachments: # 1 (p.81) Proposed Order) (Grooms, Daniel) (Entered: 08/30/2022) |
| 08/30/2022 | 44 (p.604) | MOTION for Leave to File Brief as Amici Curiae filed by Brady United Against Gun Violence, Everytown for Gun Safety Action Fund, March for Our Lives (Attachments: # 1 (p.81) Proposed Amicus Brief, # 2 (p.137) Proposed Order) (Grooms, Daniel) (Entered: 08/30/2022) |

| | | |
|---|---|---|
| 08/30/2022 | 45 (p.641) | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Joseph Kiessling (Filing fee $100; Receipt number 0539-13077870) filed by Ryan Busse, Jonathan Gold, Gun Owners for Safety, Steven Kling, Jason Perry, Scott Spreier (Attachments: # 1 (p.81) Certificate of Good Standing)Attorney Joseph J Kiessling added to party Gun Owners for Safety(pty:am) (Kiessling, Joseph) (Entered: 08/30/2022) |
| 08/30/2022 | 46 (p.645) | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number 0539-13078072) filed by Ryan Busse, Jonathan Gold, Gun Owners for Safety, Steven Kling, Jason Perry, Scott Spreier (Attachments: # 1 (p.81) Exhibit(s) Certificate of Good Standing)Attorney Barbara Mack Harding added to party Gun Owners for Safety(pty:am) (Harding, Barbara) (Entered: 08/30/2022) |
| 08/30/2022 | 47 (p.649) | MOTION for Leave to File Brief as Amici Curiae filed by District of Columbia, New Jersey, Pennsylvania (Attachments: # 1 (p.81) Proposed Amicus Curiae Brief, # 2 (p.137) Proposed Order). Party District of Columbia added.Attorney William Bennett Thompson added to party District of Columbia(pty:am), Attorney William Bennett Thompson added to party New Jersey(pty:am), Attorney William Bennett Thompson added to party Pennsylvania(pty:am) (Thompson, William) (Entered: 08/30/2022) |
| 08/30/2022 | 48 (p.686) | MOTION for Leave to File Amicus Brief filed by Prosecutors Against Gun Violence (Attachments: # 1 (p.81) Exhibit A - Proposed Amicus Brief, # 2 (p.137) Exhibit A-1 - Declaration of John Musto in Support of Amicus Brief, # 3 (p.139) Exhibit A-2 - Declaration of Christopher Mastroianni in Support of Amicus Brief, # 4 (p.142) Exhibit A-3 - Declaration of Adrian Z. Diaz in Support of Amicus Brief, # 5 (p.144) Exhibit B - Proposed Order). Party Prosecutors Against Gun Violence added.Attorney John R Hardin added to party Prosecutors Against Gun Violence(pty:am) (Hardin, John) (Entered: 08/30/2022) |
| 08/31/2022 | 49 (p.739) | Unopposed MOTION for Leave to File Reply Brief in Support of Plaintiffs Motion for Preliminary Injunction filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Attachments: # 1 (p.81) Proposed Order) (Cooper, R) (Entered: 08/31/2022) |
| 08/31/2022 | 50 (p.743) | ORDER: Before the Court is Plaintiffs' Unopposed Motion for Leave to File in Excess of Page Limit (ECF No. 49 (p.739) ), filed August 31, 2022. Noting the motion is unopposed and finding good cause, the Court |

26-10244.36

| | | |
|---|---|---|
| | | GRANTS the motion for leave to file an overlength reply brief. (Ordered by Judge Reed C. O'Connor on 8/31/2022) (mmw) (Entered: 08/31/2022) |
| 08/31/2022 | 51 (p.744) | NOTICE of Attorney Appearance by Benjamin David Passey on behalf of Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok. (Filer confirms contact info in ECF is current.) (Passey, Benjamin) (Entered: 08/31/2022) |
| 08/31/2022 | 52 (p.747) | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number 0539-13081003) filed by California, Colorado, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, New Jersey, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Washington, Wisconsin (Attachments: # 1 (p.81) Exhibit(s) Certificate of Good Standing)Attorney Caroline S Van Zile added to party California(pty:am), Attorney Caroline S Van Zile added to party Colorado(pty:am), Attorney Caroline S Van Zile added to party Connecticut(pty:am), Attorney Caroline S Van Zile added to party Delaware(pty:am), Attorney Caroline S Van Zile added to party District of Columbia(pty:am), Attorney Caroline S Van Zile added to party Hawaii(pty:am), Attorney Caroline S Van Zile added to party Illinois(pty:am), Attorney Caroline S Van Zile added to party Maine(pty:am), Attorney Caroline S Van Zile added to party Maryland(pty:am), Attorney Caroline S Van Zile added to party Massachusetts(pty:am), Attorney Caroline S Van Zile added to party Michigan(pty:am), Attorney Caroline S Van Zile added to party Minnesota(pty:am), Attorney Caroline S Van Zile added to party New Jersey(pty:am), Attorney Caroline S Van Zile added to party New York(pty:am), Attorney Caroline S Van Zile added to party North Carolina(pty:am), Attorney Caroline S Van Zile added to party Oregon(pty:am), Attorney Caroline S Van Zile added to party Pennsylvania(pty:am), Attorney Caroline S Van Zile added to party Rhode Island(pty:am), Attorney Caroline S Van Zile added to party Washington(pty:am), Attorney Caroline S Van Zile added to party Wisconsin(pty:am) (Van Zile, Caroline) (Entered: 08/31/2022) |
| 08/31/2022 | 53 (p.751) | Brief/Memorandum in Support filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re 33 (p.470) Order Setting Deadline/Hearing,, (Tomlinson, Martin) (Entered: 08/31/2022) |
| 08/31/2022 | 54 (p.757) | RESPONSE filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer |

| | | |
|---|---|---|
| | | VanDerStok re: 33 (p.470) Order Setting Deadline/Hearing,, (Cooper, R) (Entered: 08/31/2022) |
| 08/31/2022 | 55 (p.764) | REPLY filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok re: 15 (p.195) MOTION for Injunction (Attachments: # 1 (p.81) Declaration(s)) (Erhardt, Erin) (Entered: 08/31/2022) |
| 09/02/2022 | 56 (p.790) | OPINION & ORDER ON PRELIMINARY INJUNCTION: The Court ORDERS that the motion for Preliminary Injunction (ECF No. 15 (p.195) ) is GRANTED in part. Tactical Machining has shown it is entitled to a preliminary injunction against Defendants' enforcement of the Final Rule. Accordingly, the Court GRANTS the motion in part, DENIES the motion in part, and ORDERS that Defendants and their officers, agents, servants, and employees are enjoined from implementing and enforcing against Tactical Machining, LLC the provisions in 27 C.F.R. §§ 478.11 and 478.12 that this Order has determined are unlawful. If Plaintiffs wish to submit further briefing and evidence on the scope of the injunction, they must do so no later than September 8, 2022. Any responses are due within seven days of Plaintiffs' filing. (Ordered by Judge Reed C. O'Connor on 9/2/2022) (mmw) (Entered: 09/02/2022) |
| 09/08/2022 | 57 (p.813) | ORDER: Before the Court are the 34 (p.471) - 40 (p.501) , 45 (p.641) 46 (p.645) , 52 (p.747) Applications for Admission Pro Hac Vice. The Court GRANTS the applications and directs the Clerk to add the attorneys as counsel of record for Amici. Also before the Court are the 42 (p.556) , 44 (p.604) , 47 (p.649) , 48 (p.686) Motions for Leave to File Amici Curiae Brief. The Court GRANTS the motions. Before the Court is Amici's 43 (p.599) Motion for Leave to Proceed Without Local Counsel. The Court GRANTS the motion. (Ordered by Judge Reed C. O'Connor on 9/8/2022) (mmw) Modified on 9/8/2022 (mmw). (Entered: 09/08/2022) |
| 09/08/2022 | 58 (p.815) | AMICI CURIAE BRIEF OF GUN OWNERS FOR SAFETY AND INDIVIDUAL CO-AMICI IN SUPPORT OF DEFENDANTS' 41 (p.505) OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION filed by Ryan Busse, Jonathan Gold, Gun Owners for Safety, Steven Kling, Jason Perry, Scott Spreier (mmw) (Entered: 09/08/2022) |
| 09/08/2022 | 59 (p.848) | BRIEF OF AMICI CURIAE GUN VIOLENCE PREVENTION GROUPSIN SUPPORT OF DEFENDANTS' 41 (p.505) OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION filed by Brady United Against Gun Violence, Everytown for Gun Safety Action Fund, |

| | | |
|---|---|---|
| | | March for Our Lives (mmw) (Entered: 09/08/2022) |
| 09/08/2022 | 60 (p.879) | BRIEF OF THE DISTRICT OF COLUMBIA AND THE STATES OF NEW JERSEY, PENNSYLVANIA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, WASHINGTON, AND WISCONSIN AS AMICI CURIAE IN SUPPORT OF DEFENDANTS re 41 (p.505) Response/Objection (mmw) (Entered: 09/08/2022) |
| 09/08/2022 | 61 (p.907) | AMICUS BRIEF OF 16 MAJOR CITIES, THE DISTRICT ATTORNEYS FOR THE COUNTIES OF BEXAR, DALLAS AND TRAVIS, TEXAS AND PROSECUTORS AGAINST GUN VIOLENCE IN SUPPORT OF DEFENDANTS' 41 (p.505) OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION filed by Bexar County Criminal District Attorney, City and County of San Francisco, CA, City of Baltimore, MD, City of Boston, MA, City of Chicago, IL, City of Columbus, OH, City of Dayton, OH, City of Hartford, CT, City of Los Angeles, CA, City of New York, NY, City of Philadelphia, PA, City of Providence, RI, City of Rochester, NY, City of San Jose, CA, City of Seattle, WA, City of Syracuse, NY, Dallas County Criminal District Attorney, Oakland City Attorney's Office, Prosecutors Against Gun Violence, Travis County District Attorney (mmw) (Entered: 09/08/2022) |
| 09/08/2022 | 62 (p.948) | Exhibits to 63 (p.973) MOTION for Injunction *(Request to Expand Preliminary Injunction)* and proposed order. See Doc 63 (p.973) for Motion filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Attachments: # 1 (p.81) Exhibit(s) 1 - Declaration of J. VanDerStok, # 2 (p.137) Exhibit(s) 2 - Declaration of M. Andren, # 3 (p.139) Exhibit(s) 3 - Declaration of N. Cherry, # 4 (p.142) Exhibit(s) 4 - Declaration of B. Combs, # 5 (p.144) Exhibit(s) 5 - Declaration of D. Lifschitz, # 6 (p.149) Proposed Order) (Erhardt, Erin) Modified on 9/9/2022 per phone call with filer (mmw). (Entered: 09/08/2022) |
| 09/08/2022 | 63 (p.973) | MOTION for Injunction *(Plaintiffs Request to Expand Preliminary Injunction) Dkt 62* filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Erhardt, Erin) (Entered: 09/08/2022) |
| 09/09/2022 | 64 (p.997) | ORDER REQUIRING SCHEDULING CONFERENCE AND REPORT FOR CONTENTS OF SCHEDULING |

| Date | Doc # | Description |
|---|---|---|
| | | ORDER: The Joint Report shall be filed on or before October 7, 2022. (Ordered by Judge Reed C. O'Connor on 9/9/2022) (mmw) (Entered: 09/09/2022) |
| 09/10/2022 | 65 (p.1007) | ORDER denying 20 (p.282) Motion to Transfer Case out of District/Division (Ordered by Judge Reed C. O'Connor on 9/10/2022) (Judge Reed C. O'Connor) (Entered: 09/10/2022) |
| 09/12/2022 | 66 (p.1009) | SUMMONS Returned Executed as to Merrick Garland, served on 8/24/22. (Passey, Benjamin) Modified on 9/12/2022 (mmw). (Entered: 09/12/2022) |
| 09/12/2022 | 67 (p.1013) | SUMMONS Returned Executed as to U.S. Department of Justice; served on 8/24/22. (Passey, Benjamin) Modified on 9/12/2022 (mmw). (Entered: 09/12/2022) |
| 09/12/2022 | 68 (p.1017) | SUMMONS Returned Executed as to Bureau of Alcohol, Tobacco, Firearms and Explosives, served via Attorney General of the United States on 8/23/22. (Passey, Benjamin) Modified on 9/12/2022 (mmw). Modified on 9/14/2022 (mmw). (Entered: 09/12/2022) |
| 09/12/2022 | 69 (p.1021) | SUMMONS Returned Executed as to Steven Dettelbach ; served via Attorney General of the United States on 8/23/2022. (Passey, Benjamin) Modified on 9/14/2022 (mmw). (Entered: 09/12/2022) |
| 09/12/2022 | 70 (p.1025) | SUMMONS Returned Executed as to United States Department of Justice ; served via United States Attorney General on 8/23/2022. (Passey, Benjamin) Modified on 9/14/2022 (mmw). (Entered: 09/12/2022) |
| 09/15/2022 | 71 (p.1029) | MOTION for Clarification re 56 (p.790) Memorandum Opinion and Order,,, filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice with Brief/Memorandum in Support. (Attachments: # 1 (p.81) Proposed Order) (Riess, Daniel) (Entered: 09/15/2022) |
| 09/15/2022 | 72 (p.1035) | RESPONSE AND OBJECTION filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 63 (p.973) MOTION for Injunction *(Plaintiffs Request to Expand Preliminary Injunction) Dkt 62* (Riess, Daniel) (Entered: 09/15/2022) |
| 09/16/2022 | 73 (p.1059) | Supplemental Document by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice as to 71 (p.1029) MOTION for Clarification re 56 (p.790) Memorandum Opinion and Order,,, . (Riess, Daniel) (Entered: 09/16/2022) |
| 09/16/2022 | 74 (p.1062) | |

| | | |
|---|---|---|
| | | ORDER expediting briefing. See order for details. (Ordered by Judge Reed C. O'Connor on 9/16/2022) (Judge Reed C. O'Connor) (Main Document 74 replaced on 9/19/2022) (mmw). (Entered: 09/16/2022) |
| 09/22/2022 | 75 (p.1063) | RESPONSE filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok re: 71 (p.1029) MOTION for Clarification re 56 (p.790) Memorandum Opinion and Order,,, (Attachments: # 1 (p.81) Exhibit(s) 1-Declaration of N. Cherry) (Erhardt, Erin) (Entered: 09/22/2022) |
| 09/22/2022 | 76 (p.1073) | MOTION to Intervene filed by Blackhawk Manufacturing Group Inc. d/b/a 80 Percent Arms. Party Blackhawk Manufacturing Group Inc. d/b/a 80 Percent Arms added.Attorney Brian Daniel Poe added to party Blackhawk Manufacturing Group Inc. d/b/a 80 Percent Arms(pty:intv) (Poe, Brian) (Entered: 09/22/2022) |
| 09/22/2022 | 77 (p.1078) | Brief/Memorandum in Support filed by Blackhawk Manufacturing Group Inc. d/b/a 80 Percent Arms re 76 (p.1073) MOTION to Intervene (Attachments: # 1 (p.81) Exhibit(s) Proposed Complaint, # 2 (p.137) Proposed Order, # 3 (p.139) Exhibit(s) Proposed Motion for Preliminary Injunction) (Poe, Brian) (Entered: 09/22/2022) |
| 09/23/2022 | 78 (p.1187) | SUMMONS Returned Executed as to Merrick Garland ; served on 8/23/2022. (Passey, Benjamin) (Entered: 09/23/2022) |
| 09/23/2022 | 79 (p.1191) | ORDER: Before the Court is BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms' 76 (p.1073) Motion to Intervene. Because Defendants are in opposition, they are hereby ORDERED to file a response explaining their position no later than October 7, 2022. (Ordered by Judge Reed C. O'Connor on 9/23/2022) (mmw) (Entered: 09/23/2022) |
| 09/23/2022 | 80 (p.1192) | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC-13172225) filed by Blackhawk Manufacturing Group Inc. d/b/a 80 Percent Arms (Attachments: # 1 (p.81) Exhibit(s) Certificate of Good Standing, # 2 (p.137) Proposed Order) (Sullivan, Michael) (Entered: 09/23/2022) |
| 09/23/2022 | 81 (p.1197) | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC-13172980) filed by Blackhawk Manufacturing Group Inc. d/b/a 80 Percent Arms (Attachments: # 1 (p.81) Exhibit(s) Certificate of Good Standing, # 2 (p.137) Proposed Order)Attorney Joseph Christopher Amrhein, Jr added to party Blackhawk Manufacturing Group Inc. d/b/a 80 Percent |

| | | |
|---|---|---|
| | | Arms(pty:mov) (Amrhein, Joseph) (Entered: 09/23/2022) |
| 09/23/2022 | 82 (p.1202) | ORDER: The Court ORDERS that Defendants compile and produce the complete Administrative Record no later than October 24, 2022. (Ordered by Judge Reed C. O'Connor on 9/23/2022) (mmw) (Entered: 09/23/2022) |
| 09/24/2022 | 83 (p.1204) | REPLY filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 71 (p.1029) MOTION for Clarification re 56 (p.790) Memorandum Opinion and Order,,, (Riess, Daniel) (Entered: 09/24/2022) |
| 09/26/2022 | 84 (p.1212) | ORDER: the Court DENIES Defendants' Motion 71 (p.1029) and CLARIFIES that the current injunction precludes Defendants from concluding its classification determination with respect to Tactical's product. (Ordered by Judge Reed C. O'Connor on 9/26/2022) (sre) (Entered: 09/26/2022) |
| 09/29/2022 | 85 (p.1215) | NOTICE of Attorney Appearance by Taisa M. Goodnature on behalf of Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice. (Filer confirms contact info in ECF is current.) (Goodnature, Taisa) (Entered: 09/29/2022) |
| 09/29/2022 | 86 | ELECTRONIC ORDER granting 80 (p.1192) Application for Admission Pro Hac Vice of Michael J. Sullivan. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 9/29/2022) (chmb) (Entered: 09/29/2022) |
| 09/29/2022 | 87 | ELECTRONIC ORDER granting 81 (p.1197) Application for Admission Pro Hac Vice of Joseph C. Amrhein, Jr. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 9/29/2022) (chmb) (Entered: 09/29/2022) |
| 10/01/2022 | 88 (p.1217) | NOTICE of *Regarding Contested Jurisdiction* filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Erhardt, Erin) (Entered: 10/01/2022) |
| 10/01/2022 | 89 (p.1221) | ORDER granting in part and denying in part 63 (p.973) Motion for Injunction (Ordered by Judge Reed C. O'Connor on 10/1/2022) (Judge Reed C. O'Connor) |

| | | |
|---|---|---|
| | | Modified type on 10/3/2022 (mmw). (Entered: 10/01/2022) |
| 10/03/2022 | 90 (p.1243) | RESPONSE filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 88 (p.1217) Notice (Other) (Riess, Daniel) (Entered: 10/03/2022) |
| 10/03/2022 | 91 (p.1246) | CLARIFICATION OF OPINION & ORDER ON SCOPE OF PRELIMINARY INJUNCTION: Upon further consideration, the Court finds it necessary to clarify the definition of Tactical Machining, LLCs customers as used in the Courts prior ruling (ECF No. 89 (p.1221) ) on the scope of the current preliminary injunction. See Order for details. (Ordered by Judge Reed C. O'Connor on 10/3/2022) (chmb) modified link on 10/4/22 (mmw) (Entered: 10/03/2022) |
| 10/04/2022 | 92 (p.1251) | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC-13200529) filed by Blackhawk Manufacturing Group Inc. d/b/a 80 Percent Arms (Attachments: # 1 (p.81) Exhibit(s) Certificate of Good Standing, # 2 (p.137) Proposed Order) (Brennan, Nathan) (Entered: 10/04/2022) |
| 10/05/2022 | 93 (p.1256) | AMENDED COMPLAINT *(Amended Petition for Judicial Review of Agency Action and Request for Declaratory Judgment and Injunctive Relief)* against Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice filed by Michael G Andren, Jennifer VanDerStok, Tactical Machining LLC, Firearms Policy Coalition, Inc.. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here:  Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Erhardt, Erin) (Entered: 10/05/2022) |
| 10/06/2022 | 94 | ELECTRONIC ORDER granting 92 (p.1251) Application for Admission Pro Hac Vice of Nathan P. Brennan. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 10/6/2022) (chmb) (Entered: 10/06/2022) |
| 10/07/2022 | 95 (p.1314) | Proposal for contents of scheduling and discovery order *(Joint Proposal)* by Michael G Andren, Firearms Policy |

| | | |
|---|---|---|
| | | Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok. (Wisniewski, Cody) (Entered: 10/07/2022) |
| 10/07/2022 | 96 (p.1323) | RESPONSE AND OBJECTION filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, United States Department of Justice re: 76 (p.1073) MOTION to Intervene (Riess, Daniel) (Entered: 10/07/2022) |
| 10/14/2022 | 97 (p.1344) | REPLY filed by Blackhawk Manufacturing Group Inc. d/b/a 80 Percent Arms re: 76 (p.1073) MOTION to Intervene (Poe, Brian) (Entered: 10/14/2022) |
| 10/18/2022 | 98 (p.1360) | ORDER: Before the Court are BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms' 76 (p.1073) Motion to Intervene. The Court GRANTS the intervenor's motion. (Ordered by Judge Reed C. O'Connor on 10/18/2022) (mmw) (Entered: 10/18/2022) |
| 10/20/2022 | 99 (p.1370) | INTERVENOR COMPLAINT *for Declaratory and Injunctive Relief* against Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice filed by Blackhawk Manufacturing Group Inc.. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 (p.81) Cover Sheet, # 2 (p.137) Cover Sheet Supplement) (Poe, Brian) (Entered: 10/20/2022) |
| 10/20/2022 | 100 (p.1411) | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Blackhawk Manufacturing Group Inc.. (Clerk QC note: No affiliate entered in ECF). (Poe, Brian) (Entered: 10/20/2022) |
| 10/20/2022 | 101 (p.1413) | NOTICE of Related Case filed by Blackhawk Manufacturing Group Inc. (Poe, Brian) (Entered: 10/20/2022) |
| 10/20/2022 | 102 (p.1416) | MOTION for Injunction filed by Blackhawk Manufacturing Group Inc. (Poe, Brian) (Entered: 10/20/2022) |
| 10/20/2022 | 103 (p.1420) | Brief/Memorandum in Support filed by Blackhawk Manufacturing Group Inc. re 102 (p.1416) MOTION for Injunction (Attachments: # 1 (p.81) Exhibit(s) Declaration of Daniel Lifschitz, # 2 (p.137) Proposed Order) (Poe, Brian) (Entered: 10/20/2022) |
| 10/24/2022 | 104 (p.1461) | ORDER: Before the Court is intervenor BlackHawk Manufacturing Group d/b/a 80 Percent Arms' Motion for |

| | | |
|---|---|---|
| | | Preliminary Injunction (ECF No. 103 (p.1420) ), filed October 20, 2022. To expedite resolution of the motion, the Court ORDERS Defendants to respond to the motion by October 28, 2022. Plaintiffs may file a reply by November 1, 2022. (Ordered by Judge Reed C. O'Connor on 10/24/2022) (mmw) (Entered: 10/24/2022) |
| 10/24/2022 | 105 (p.1462) | SCHEDULING ORDER: Having considered the positions of the parties, and because the instant case involves judicial review of agency action under the Administrative Procedure Act (APA), the Court ORDERS the following tailored schedule. (see order) (Ordered by Judge Reed C. O'Connor on 10/24/2022) (mmw) (Entered: 10/24/2022) |
| 10/24/2022 | 106 (p.1465) | Notice of Manual Filing of Certified Administrative Record by All Defendants (Attachments: # 1 (p.81) Exhibit(s) Certification of Administrative Record) (Riess, Daniel) (Entered: 10/24/2022) |
| 10/25/2022 | 107 (p.1492) | ORDER: The Administrative Record was lodged yesterday on October 24, 2022. Now that the record is available, the Court intends to exercise its authority under Rule 65(a)(2) to consolidate the hearing on preliminary injunction to a trial on the meritsbut will do so only with respect to Counts I (Excess of Statutory Authority Under 5 U.S.C. § 706) of Plaintiffs' and Intervenor-Plaintiff's complaints. To afford the parties adequate opportunity to review the record and a full opportunity to present their respective cases, the Court ORDERS that the parties supplement their briefing regarding Plaintiffs' statutory interpretation claims no later than 14 days after the Court resolves any pending motions to supplement the Administrative Record and such supplemental records, where required, are produced. (Ordered by Judge Reed C. O'Connor on 10/25/2022) (mmw) (Entered: 10/25/2022) |
| 10/28/2022 | 108 (p.1494) | MOTION (Motion for Clarification) re 107 (p.1492) Order,,,, filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Erhardt, Erin) (Entered: 10/28/2022) |
| 10/28/2022 | 109 (p.1497) | RESPONSE AND OBJECTION filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 102 (p.1416) MOTION for Injunction (Riess, Daniel) (Entered: 10/28/2022) |
| 10/31/2022 | 110 (p.1515) | ORDER: Before the Court is Plaintiffs' Unopposed 108 (p.1494) Motion for Clarification. The Court GRANTS the motion and CLARIFIES that the parties' supplemental briefing is due either 14 days after the Court resolves any pending motion to supplement the Administrative Record and such supplemental records, |

| | | |
|---|---|---|
| | | where required, are produced, or no later than November 28, 2022, if no such motion is filed. (Ordered by Judge Reed C. O'Connor on 10/31/2022) (mmw) (Entered: 10/31/2022) |
| 10/31/2022 | 111 (p.1517) | MOTION for Extension of Time to File Supplemental Briefs filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice with Brief/Memorandum in Support. (Riess, Daniel) (Entered: 10/31/2022) |
| 10/31/2022 | 112 (p.1520) | REPLY filed by Blackhawk Manufacturing Group Inc. re: 102 (p.1416) MOTION for Injunction (Poe, Brian) (Entered: 10/31/2022) |
| 11/01/2022 | 113 (p.1536) | NOTICE OF INTERLOCUTORY APPEAL as to 56 (p.790) Memorandum Opinion and Order,,, to the Fifth Circuit by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Tomlinson, Martin) (Entered: 11/01/2022) |
| 11/01/2022 | 114 (p.1539) | NOTICE OF INTERLOCUTORY APPEAL as to 91 (p.1246) Order, 89 (p.1221) Order on Motion for Injunction to the Fifth Circuit by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if |

| | | |
|---|---|---|
| | | original exhibits are in your possession, you must maintain them through final disposition of the case. (Tomlinson, Martin) (Entered: 11/01/2022) |
| 11/01/2022 | 115 (p.1542) | ORDER : Before the Court is Plaintiffs' 111 (p.1517) Motion for Extension of Time. The Court GRANTS the motion and ORDERS that the parties' supplemental briefing is due either 14 days after the Court resolves any pending motion to supplement the Administrative Record and such supplemental records, where required, are produced, or no later than December 5, 2022, if no such motion is filed. (Ordered by Judge Reed C. O'Connor on 11/1/2022) (mmw) (Entered: 11/01/2022) |
| 11/02/2022 | 116 (p.1544) | MOTION to Intervene filed by Defense Distributed, Second Amendment Foundation, Inc.. Party Defense Distributed and Second Amendment Foundation, Inc. added.Attorney Charles Flores added to party Defense Distributed(pty:intvp), Attorney Charles Flores added to party Second Amendment Foundation, Inc.(pty:intvp) (Flores, Charles) (Entered: 11/02/2022) |
| 11/02/2022 | 117 (p.1549) | Brief/Memorandum in Support filed by Defense Distributed, Second Amendment Foundation, Inc. re 116 (p.1544) MOTION to Intervene (Attachments: # 1 (p.81) Exhibit(s) Proposed Complaint) (Flores, Charles) (Entered: 11/02/2022) |
| 11/03/2022 | 118 (p.1691) | OPINION & ORDER ON BLACKHAWK MANUFACTURING GROUP INC. d/b/a 80 PERCENT ARMS' PRELIMINARY INJUNCTION: Before the Court are Intervenor-Plaintiff BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms' 102 (p.1416) Motion for Preliminary Injunction. The Court GRANTS Intervenor-Plaintiff's motion. The Court waives the security requirement of Federal Rule of Civil Procedure 65(c). (Ordered by Judge Reed C. O'Connor on 11/3/2022) (mmw) (Entered: 11/03/2022) |
| 11/03/2022 | 119 (p.1703) | USCA Case Number 22-11071 in United States Court of Appeals 5th Circuit for 114 (p.1539) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives, 113 (p.1536) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. (tle) (Entered: 11/03/2022) |
| 11/04/2022 | 120 (p.1707) | NOTICE OF INTERLOCUTORY APPEAL as to 118 (p.1691) Memorandum Opinion and Order, to the Fifth Circuit by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice. T.O. form to appellant electronically at Transcript Order Form or US Mail as |

| | | |
|---|---|---|
| | | appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Riess, Daniel) (Entered: 11/04/2022) |
| 11/08/2022 | 121 (p.1709) | NOTICE of Attorney Appearance by Nicholas M Bruno on behalf of Defense Distributed, Second Amendment Foundation Inc. (Filer confirms contact info in ECF is current.) (Bruno, Nicholas) (Entered: 11/08/2022) |
| 11/10/2022 | 122 (p.1712) | USCA Case Number 22-11086 in United States Court of Appeals 5th Circuit for 120 (p.1707) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. (tle) (Entered: 11/10/2022) |
| 11/10/2022 | | Record on Appeal for USCA5 22-11071 (related to 114 (p.1539) , 113 (p.1536) appeal): Record consisting of: 1 ECF electronic record on appeal (eROA) is certified, Original document number(s): Manual Filing #106 Administrative Record (USB),. **PLEASE NOTE THE FOLLOWING:** Licensed attorneys must have filed an appearance in the USCA5 case and be registered for electronic filing in the USCA5 to access the paginated eROA in the USCA5 ECF system. (Take these steps immediately if you have not already done so. Once you have filed the notice of appearance and/or USCA5 ECF registration, it may take up to 3 business days for the circuit to notify the district clerk that we may grant you access to the eROA in the USCA5 ECF system.) To access the paginated record, log in to the USCA5 ECF system, and under the Utilities menu, select Electronic Record on Appeal. Pro se litigants may request a copy of the record by contacting the appeals deputy in advance to arrange delivery. (tle) (Entered: 11/10/2022) |
| 11/10/2022 | 123 (p.1716) | ANSWER to 93 (p.1256) Amended Complaint, filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at |

| | | |
|---|---|---|
| | | www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (Riess, Daniel) (Entered: 11/10/2022) |
| 11/10/2022 | 124 (p.1748) | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice. (Clerk QC note: No affiliate entered in ECF). (Riess, Daniel) (Entered: 11/10/2022) |
| 11/14/2022 | 125 (p.1750) | NOTICE of *Plaintiffs' Position re Completeness of the Administrative Record* filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Wisniewski, Cody) (Entered: 11/14/2022) |
| 11/15/2022 | | APPEARANCE FORM FILED at USCA5 by Attorney Cody J. Wisniewski for Appellee Firearms Policy Coalition, Incorporated in 22-11071, Attorney Cody J. Wisniewski for Appellee Tactical Machining, L.L.C. in 22-11071, Attorney Cody J. Wisniewski for Appellee Michael G. Andren in 22-11071, Attorney Cody J. Wisniewski for Appellee Jennifer VanDerStok in 22-11071. Access to the EROA has been granted. (tle) (Entered: 11/15/2022) |
| 11/16/2022 | | APPEARANCE FORM FILED at USCA5 by Attorney Erin M. Erhardt for Appellee Firearms Policy Coalition, Incorporated in 22-11071, Attorney Erin M. Erhardt for Appellee Tactical Machining, L.L.C. in 22-11071, Attorney Erin M. Erhardt for Appellee Michael G. Andren in 22-11071, Attorney Erin M. Erhardt for Appellee Jennifer VanDerStok in 22-11071. Access to the EROA has been granted. (tle) (Entered: 11/16/2022) |
| 11/21/2022 | | APPEARANCE FORM FILED at USCA5 by Attorney(s) Kaitlyn Schiraldi for party(s) Appellee Tactical Machining, L.L.C. Appellee Jennifer VanDerStok Appellee Firearms Policy Coalition, Incorporated Appellee Michael G. Andren, in case 22-11071. Access to the EROA has been granted. (tle) (Entered: 11/21/2022) |
| 11/23/2022 | 126 (p.1754) | RESPONSE filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 116 (p.1544) MOTION to Intervene (Goodnature, Taisa) (Entered: 11/23/2022) |

| | | |
|---|---|---|
| 11/23/2022 | | Record on Appeal for USCA5 22-11086 (related to 120 (p.1707) appeal): Record consisting of: 1 ECF electronic record on appeal (eROA) is certified, Original document number(s): Manual Filing #106 Administrative Record (USB). **PLEASE NOTE THE FOLLOWING:** Licensed attorneys must have filed an appearance in the USCA5 case and be registered for electronic filing in the USCA5 to access the paginated eROA in the USCA5 ECF system. (Take these steps immediately if you have not already done so. Once you have filed the notice of appearance and/or USCA5 ECF registration, it may take up to 3 business days for the circuit to notify the district clerk that we may grant you access to the eROA in the USCA5 ECF system.) To access the paginated record, log in to the USCA5 ECF system, and under the Utilities menu, select Electronic Record on Appeal. Pro se litigants may request a copy of the record by contacting the appeals deputy in advance to arrange delivery. (tle) (Entered: 11/23/2022) |
| 12/02/2022 | 127 (p.1774) | SUMMONS Returned Executed as to Steven Dettelbach ; served on 9/29/2022. (Passey, Benjamin) (Entered: 12/02/2022) |
| 12/02/2022 | 128 (p.1780) | SUMMONS Returned Executed as to Bureau of Alcohol, Tobacco, Firearms, and Explosives ; served on 9/29/2022. (Passey, Benjamin) (Entered: 12/02/2022) |
| 12/02/2022 | 129 (p.1786) | Notice of Manual Filing Amended Administrative Record by All Defendants. (USB to be placed on shelf in Fort Worth Clerk's Office file room.) (mmw) (Entered: 12/02/2022) |
| 12/02/2022 | 130 (p.1790) | Certification of Amended Administrative Record filed by Steven Dettelbach, Merrick Garland, United States Department of Justice (mmw) (Entered: 12/02/2022) |
| 12/02/2022 | 131 (p.1815) | Notice of Manual Filing of Amended Administrative Record by All Defendants (Riess, Daniel) (Entered: 12/02/2022) |
| 12/05/2022 | 132 (p.1817) | Brief/Memorandum in Support filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re 107 (p.1492) Order,,, *Supplemental Brief regarding Rule 65(a)(2) consolidation and Plaintiffs' Count I* (Tomlinson, Martin) (Entered: 12/05/2022) |
| 12/05/2022 | 133 (p.1841) | Brief/Memorandum in Support filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok re 107 (p.1492) Order,,, (Attachments: # 1 (p.81) Exhibit(s) A) (Erhardt, Erin) (Entered: 12/05/2022) |

| | | |
|---|---|---|
| 12/05/2022 | 134 (p.1884) | Brief/Memorandum in Support filed by Blackhawk Manufacturing Group Inc. re 107 (p.1492) Order,,, (Poe, Brian) (Entered: 12/05/2022) |
| 12/05/2022 | 135 (p.1905) | REPLY filed by Defense Distributed, Second Amendment Foundation Inc re: 116 (p.1544) MOTION to Intervene (Flores, Charles) (Entered: 12/05/2022) |
| 12/15/2022 | 136 (p.1918) | ORDER of USCA No. 22-11071 as to 114 (p.1539) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives, 120 (p.1707) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives, 113 (p.1536) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. The court has granted the motion to consolidate. (tle) (Entered: 12/15/2022) |
| 12/19/2022 | 137 (p.1920) | ORDER granting 116 (p.1544) ...For the reasons stated, the Court GRANTS the motion (ECF No. 116) and DIRECTS the Clerk of Court to add Defense Distributed and the Second Amendment Foundation as parties to the case. (Ordered by Judge Reed C. O'Connor on 12/19/2022) (wxc) (Entered: 12/19/2022) |
| 12/19/2022 | 138 (p.1929) | ANSWER to 99 (p.1370) Intervenor Complaint,,, filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice Attorneys are further reminded that, if necessary, they must comply with Local Rule 83.10(a) within 14 days or risk the possible dismissal of this case without prejudice or without further notice. (Riess, Daniel) (Entered: 12/19/2022) |
| 12/22/2022 | 139 (p.1955) | ORDER: This Court issued an Order (ECF No. 137 (p.1920) ) granting Defense Distributed and the Second Amendment Foundation's motion to intervene. In view of that Order, the Intervenors are ORDERED to file their Complaint on the docket no later than December 23, 2022. (Ordered by Judge Reed C. O'Connor on 12/22/2022) (tjc) (Entered: 12/22/2022) |
| 12/23/2022 | 140 (p.1956) | MOTION for Summary Judgment filed by Michael G Andren, Defense Distributed, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok with Brief/Memorandum in Support. (Attachments: # 1 (p.81) Proposed Order)Attorney Erin M Erhardt added to party Blackhawk Manufacturing Group Inc.(pty:intvp), Attorney Erin M Erhardt added to party Defense Distributed(pty:intvp), Attorney Erin M Erhardt added to party Second Amendment Foundation Inc(pty:intvp) (Erhardt, Erin) Modified text on |

26-10244.51

| | | |
|---|---|---|
| | | 12/23/2022 (sxf). (Entered: 12/23/2022) |
| 12/23/2022 | 141 (p.1963) | Brief/Memorandum in Support filed by Michael G Andren, Defense Distributed, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok re 140 (p.1956) MOTION for Summary Judgment (Erhardt, Erin) Modified text on 12/23/2022 (sxf). (Entered: 12/23/2022) |
| 12/23/2022 | 142 (p.2028) | Appendix in Support filed by Michael G Andren, Defense Distributed, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok re 141 (p.1963) Brief/Memorandum in Support of Motion, (Erhardt, Erin) Modified text on 12/23/2022 (sxf). (Entered: 12/23/2022) |
| 12/23/2022 | 143 (p.2350) | INTERVENOR COMPLAINT *of Defense Distributed and the Second Amendment Foundation, Inc.* against Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice filed by Defense Distributed, Second Amendment Foundation Inc. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # 1 (p.81) Exhibit(s) A, # 2 (p.137) Exhibit(s) B, # 3 (p.139) Exhibit(s) C) (Flores, Charles) (Entered: 12/23/2022) |
| 12/23/2022 | 144 (p.2482) | MOTION for Summary Judgment filed by Blackhawk Manufacturing Group Inc. (Poe, Brian) (Entered: 12/23/2022) |
| 12/23/2022 | 145 (p.2486) | Brief/Memorandum in Support filed by Blackhawk Manufacturing Group Inc. re 144 (p.2482) MOTION for Summary Judgment (Poe, Brian) (Entered: 12/23/2022) |
| 12/23/2022 | 146 (p.2539) | Appendix in Support filed by Blackhawk Manufacturing Group Inc. re 144 (p.2482) MOTION for Summary Judgment (Poe, Brian) (Entered: 12/23/2022) |
| 12/28/2022 | | APPEARANCE FORM FILED at USCA5 by Attorney Arjun Pushkar Ogale for Amicus Curiae State of Washington in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Rhode Island in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Oregon in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of North Carolina in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of New York in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Minnesota in |

| | | |
|---|---|---|
| | | 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Michigan in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Massachusetts in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Maryland in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Maine in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Illinois in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Hawaii in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Delaware in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Connecticut in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Colorado in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of California in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of Pennsylvania in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae State of New Jersey in 22-11071, Attorney Arjun Pushkar Ogale for Amicus Curiae District of Columbia in 22-11071 [22-11071, 22-11086]. Access to the EROA has been granted. (tle) (Entered: 12/28/2022) |
| 01/03/2023 | | APPEARANCE FORM FILED at USCA5 by Attorney John Russell Hardin for Amicus Curiae Prosecutors Against Gun Violence in 22-11071, Attorney John Russell Hardin for Amicus Curiae District Attorneys for the Counties of Dallas and Travis, Texas in 22-11071, Attorney John Russell Hardin for Amicus Curiae 16 Major Cities in 22-11071 [22-11071. Access to the EROA has been granted. (tle) (Entered: 01/03/2023) |
| 01/03/2023 | 147 (p.2856) | ORDER of USCA No. 22-11071 as to 114 (p.1539) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives, 120 (p.1707) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives, 113 (p.1536) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. IT IS ORDERED that the opposed motion of 16 Major Cities, District Attorneys for the Counties of Dallas and Travis, Texas and Prosecutors Against Gun Violence to file an amicus curiae brief is GRANTED.IT IS FURTHER ORDERED that the opposed motion of Brady, Everytown for Gun Safety Action Fund and March for Our Lives to file an amicus curiae brief is GRANTED. (Attachments: # 1 (p.81) USCA5 Cover Letter) (tle) (Entered: 01/03/2023) |
| 01/05/2023 | 148 (p.2859) | MOTION for Extension of Time to File Response/Reply to 144 (p.2482) MOTION for Summary Judgment , 140 |

26-10244.53

| | | |
|---|---|---|
| | | (p.1956) MOTION for Summary Judgment filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice with Brief/Memorandum in Support. (Attachments: # 1 (p.81) Proposed Order) (Riess, Daniel) (Entered: 01/05/2023) |
| 01/05/2023 | 149 (p.2863) | MOTION to Intervene filed by Not An LLC d/b/a JSD Supply (Attachments: # 1 (p.81) Exhibit(s) Exhibit A, # 2 (p.137) Exhibit(s) Exhibit B). Party Not An LLC d/b/a JSD Supply added.Attorney Matthew Joseph Smid added to party Not An LLC d/b/a JSD Supply(pty:intvp) (Smid, Matthew) (Entered: 01/05/2023) |
| 01/05/2023 | 150 (p.2910) | Brief/Memorandum in Support filed by Not An LLC d/b/a JSD Supply re 149 (p.2863) MOTION to Intervene (Smid, Matthew) (Entered: 01/05/2023) |
| 01/05/2023 | 151 (p.2924) | MOTION for Injunction filed by Not An LLC d/b/a JSD Supply (Attachments: # 1 (p.81) Exhibit(s) Exhibit A, # 2 (p.137) Exhibit(s) Exhibit B) (Smid, Matthew) (Entered: 01/05/2023) |
| 01/05/2023 | 152 (p.2942) | Brief/Memorandum in Support filed by Not An LLC d/b/a JSD Supply re 151 (p.2924) MOTION for Injunction (Smid, Matthew) (Entered: 01/05/2023) |
| 01/06/2023 | 153 (p.2967) | ORDER: Before the Court is Defendants' Unopposed 148 (p.2859) Motion for Extension of Time. The Court GRANTS Defendants' motion and ORDERS Defendants to file their response(s) and cross-motion(s) for summary judgment no later than February 13, 2023. (Ordered by Judge Reed C. O'Connor on 1/6/2023) (mmw) (Entered: 01/06/2023) |
| 01/06/2023 | | APPEARANCE FORM FILED by Attorney Kathleen R. Hartnett for Amicus Curiae March For Our Lives in 22-11071, Attorney Kathleen R. Hartnett for Amicus Curiae Everytown for Gun Safety Action Fund in 22-11071, Attorney Kathleen R. Hartnett for Amicus Curiae Brady in 22-11071 [22-11071, 22-11086]Access to the EROA has been granted. (tle) (Entered: 01/06/2023) |
| 01/06/2023 | 154 (p.2968) | NOTICE of Attorney Appearance by John Mark Brewer on behalf of Not An LLC. (Filer confirms contact info in ECF is current.) (Brewer, John) (Entered: 01/06/2023) |
| 01/06/2023 | 155 (p.2970) | NOTICE of Attorney Appearance by Matthew Joseph Smid on behalf of Not An LLC. (Filer confirms contact info in ECF is current.) (Smid, Matthew) (Entered: 01/06/2023) |
| 01/09/2023 | 156 (p.2972) | NOTICE of re: 151 (p.2924) MOTION for Injunction filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United |

| | | |
|---|---|---|
| | | States Department of Justice (Riess, Daniel) (Entered: 01/09/2023) |
| 01/09/2023 | 157 (p.2974) | MOTION to Intervene filed by Polymer80, Inc.. Party Polymer80, Inc. added.Attorney Dennis Daniels added to party Polymer80, Inc.(pty:intv) (Daniels, Dennis) (Entered: 01/09/2023) |
| 01/09/2023 | 158 (p.2979) | Brief/Memorandum in Support filed by Polymer80, Inc. re 157 (p.2974) MOTION to Intervene (Daniels, Dennis) (Entered: 01/09/2023) |
| 01/09/2023 | 159 (p.2996) | Appendix in Support filed by Polymer80, Inc. re 158 (p.2979) Brief/Memorandum in Support of Motion (Daniels, Dennis) (Entered: 01/09/2023) |
| 01/09/2023 | 160 (p.3101) | MOTION to Expedite *Briefing Schedule* filed by Polymer80, Inc. with Brief/Memorandum in Support. (Daniels, Dennis) (Entered: 01/09/2023) |
| 01/10/2023 | 161 (p.3106) | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney Marc A. Nardone (Filing fee $100; Receipt number ATXNDC-13430057) filed by Polymer80, Inc. (Attachments: # 1 (p.81) Proposed Order) (Daniels, Dennis) (Entered: 01/10/2023) |
| 01/11/2023 | 162 (p.3113) | Application for Admission Pro Hac Vice with Certificate of Good Standing for Attorney James W. Porter III (Filing fee $100; Receipt number ATXNDC-13433943) filed by Polymer80, Inc. (Attachments: # 1 (p.81) Proposed Order) (Daniels, Dennis) (Entered: 01/11/2023) |
| 01/12/2023 | 163 (p.3119) | MOTION for Injunction *(Preliminary Injunction)* filed by Defense Distributed, Second Amendment Foundation Inc (Flores, Charles) (Entered: 01/12/2023) |
| 01/12/2023 | 164 (p.3121) | Brief/Memorandum in Support filed by Defense Distributed, Second Amendment Foundation Inc re 163 (p.3119) MOTION for Injunction *(Preliminary Injunction)* (Attachments: # 1 (p.81) Exhibit(s) A, # 2 (p.137) Exhibit(s) B) (Flores, Charles) (Entered: 01/12/2023) |
| 01/12/2023 | 165 (p.3137) | MOTION for Summary Judgment filed by Defense Distributed, Second Amendment Foundation Inc (Flores, Charles) (Entered: 01/12/2023) |
| 01/12/2023 | 166 (p.3141) | Brief/Memorandum in Support filed by Defense Distributed, Second Amendment Foundation Inc re 165 (p.3137) MOTION for Summary Judgment (Attachments: # 1 (p.81) Exhibit(s) A, # 2 (p.137) Exhibit(s) B) (Flores, Charles) (Entered: 01/12/2023) |
| 01/17/2023 | 167 | |

26-10244.55

| | | |
|---|---|---|
| | | ELECTRONIC ORDER granting 161 (p.3106) Application for Admission Pro Hac Vice of Marc A. Nardone. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 1/17/2023) (chmb) (Entered: 01/17/2023) |
| 01/17/2023 | 168 | ELECTRONIC ORDER granting 162 (p.3113) Application for Admission Pro Hac Vice of James W. Porter III. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 1/17/2023) (chmb) (Entered: 01/17/2023) |
| 01/17/2023 | 169 | ***VACATED per 172 (p.3229) ORDER*** ORDER: The Court ORDERS Defendants to respond to Putative Intervenors' motions to intervene no later than January 23, 2023. Plaintiffs may respond, if they choose, no later than January 23, 2023. Putative - Intervenors may reply no later than January 27, 2023. Putative - Intervenor Polymer80's 160 (p.3101) motion to expedite is therefore GRANTED in part. (Ordered by Judge Reed C. O'Connor on 1/17/2023) (mmw) Modified on 1/18/2023 (mmw). (Entered: 01/17/2023) |
| 01/17/2023 | 170 (p.3153) | MOTION to Defer Consideration of Pending Intervention Motions filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice with Brief/Memorandum in Support. (Attachments: # 1 (p.81) Proposed Order) (Riess, Daniel) (Entered: 01/17/2023) |
| 01/18/2023 | 171 (p.3157) | MOTION for Leave to File Provide Supplemental Authority to Their Count I Briefing and Motion for Summary Judgment and Memorandum in Support filed by Michael G Andren, Firearms Policy Coalition, Inc., Tactical Machining LLC, Jennifer VanDerStok (Attachments: # 1 (p.81) Exhibit(s) 1-Cargill Opinion) (Erhardt, Erin) (Entered: 01/18/2023) |
| 01/18/2023 | 172 (p.3229) | ORDER: Before the Court is Defendants' Unopposed 170 (p.3153) Motion to Defer Consideration of Intervention Motions. It is ORDERED that briefing and consideration of Putative Intervenors' motions to intervene (ECF Nos. 149 (p.2863) , 157 (p.2974) ) be deferred until the conclusion of summary judgment briefing in this case. (Ordered by Judge Reed C. O'Connor on 1/18/2023) (mmw) (Entered: 01/18/2023) |
| 01/19/2023 | 173 (p.3230) | |

| | | ORDER: Before the Court is Plaintiffs' 171 (p.3157) Motion for Leave to Provide Supplemental Authority toTheir Count I Briefing and Their Motion for Summary Judgment and Memorandum in Support. To expedite resolution of the issue, the Court ORDERS Defendants to respond no later than January 23, 2023. Plaintiffs may reply no later than January 25, 2023. (Ordered by Judge Reed C. O'Connor on 1/19/2023) (mmw) (Entered: 01/19/2023) |
|---|---|---|
| 01/23/2023 | 174 (p.3231) | RESPONSE filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 171 (p.3157) MOTION for Leave to File Provide Supplemental Authority to Their Count I Briefing and Motion for Summary Judgment and Memorandum in Support (Riess, Daniel) (Entered: 01/23/2023) |
| 01/24/2023 | 175 | ELECTRONIC ORDER granting Plaintiffs' 171 (p.3157) Motion for Leave to File supplemental authority and argumentation in support of Plaintiffs' Count I briefing and motion for summary judgment. (Ordered by Judge Reed C. O'Connor on 1/24/2023) (chmb) (Entered: 01/24/2023) |
| 02/02/2023 | 176 (p.3233) | RESPONSE AND OBJECTION filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 163 (p.3119) MOTION for Injunction *(Preliminary Injunction)* (Riess, Daniel) (Entered: 02/02/2023) |
| 02/02/2023 | 177 (p.3255) | Appendix in Support filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re 176 (p.3233) Response/Objection (Riess, Daniel) (Entered: 02/02/2023) |
| 02/10/2023 | 178 (p.3273) | Unopposed Motion for Extension of Time to File Answer filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice with Brief/Memorandum in Support. (Attachments: # 1 (p.81) Proposed Order) (Riess, Daniel) (Entered: 02/10/2023) |
| 02/10/2023 | 179 (p.3277) | ORDER : Before the Court is Defendants' Unopposed 178 (p.3273) Motion for Extension of Time to File Answer to Defense Distributed and Second Amendment Foundation's Complaint in Intervention. The Court GRANTS the motion and ORDERS Defendants to file their Answer no later than 21 days after this Court resolves Intervenors' motions for preliminary injunctive relief and for summary judgment. (Ordered by Judge Reed C. O'Connor on 2/10/2023) (mmw) (Entered: 02/10/2023) |

| | | |
|---|---|---|
| 02/13/2023 | 180 (p.3278) | Cross MOTION for Summary Judgment filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice (Attachments: # 1 (p.81) Proposed Order) (Riess, Daniel) (Entered: 02/13/2023) |
| 02/13/2023 | 181 (p.3281) | Brief/Memorandum in Support filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re 180 (p.3278) Cross MOTION for Summary Judgment (Riess, Daniel) (Entered: 02/13/2023) |
| 02/13/2023 | 182 (p.3372) | Appendix in Support filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re 180 (p.3278) Cross MOTION for Summary Judgment (Attachments: # 1 (p.81) Additional Page(s) Appendix part 2 of 2) (Riess, Daniel) (Entered: 02/13/2023) |
| 02/13/2023 | 183 (p.3808) | RESPONSE AND OBJECTION filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 144 (p.2482) MOTION for Summary Judgment , 140 (p.1956) MOTION for Summary Judgment , 165 (p.3137) MOTION for Summary Judgment (Attachments: # 1 (p.81) Proposed Order) (Riess, Daniel) (Entered: 02/13/2023) |
| 02/17/2023 | 184 (p.3900) | REPLY filed by Defense Distributed, Second Amendment Foundation Inc re: 163 (p.3119) MOTION for Injunction *(Preliminary Injunction)* (Flores, Charles) (Entered: 02/17/2023) |
| 02/22/2023 | 185 (p.3911) | MOTION for Leave to File Amici Curiae Brief filed by Ryan Busse, Jonathan Gold, Gun Owners for Safety, Steven Kling, Jason Perry, Scott Spreier (Attachments: # 1 (p.81) Exhibit(s) Amici Curiae Brief, # 2 (p.137) Proposed Order)Attorney Rebecca Wernicke Anthony added to party Gun Owners for Safety(pty:am) (Anthony, Rebecca) (Entered: 02/22/2023) |
| 02/23/2023 | 186 | ELECTRONIC ORDER granting 185 (p.3911) Motion for Leave to File Amici Curiae Brief of Gun Owners for Safety and Individual Co-Amici. (The Clerk is directed to file the brief accompanying the Motion (ECF 185-1) on the docket, entered as of the date of this order.) (Ordered by Judge Reed C. O'Connor on 2/23/2023) (chmb) (Entered: 02/23/2023) |
| 02/23/2023 | 187 (p.3954) | AMICI CURIAE BRIEF OF GUN OWNERS FOR SAFETY AND INDIVIDUAL CO-AMICI IN SUPPORT OF DEFENDANTS' 183 (p.3808) OPPOSITION TO ORIGINAL PLAINTIFFS' AND INTERVENOR-PLAINTIFFS' 140 (p.1956) 144 (p.2482) 165 (p.3137) MOTIONS FOR SUMMARY |

26-10244.58

| | | |
|---|---|---|
| | | JUDGMENT AND IN SUPPORT OF DEFENDANTS' 180 (p.3278) CROSS-MOTION FOR SUMMARY JUDGMENT filed by Gun Owners for Safety (mmw) (Entered: 02/23/2023) |
| 03/02/2023 | 188 (p.3987) | OPINION & ORDER granting in part and denying in part 163 (p.3119) Defense Distributed and the Second Amendment Foundation, Inc.'s Motion for Preliminary Injunction. Defense Distributed has shown it is entitled to a preliminary injunction against Defendants enforcement of the Final Rule; therefore, the Court GRANTS the motion with respect to Defense Distributed. The Second Amendment Foundation has not carried its burden on all elements necessary for injunctive relief; therefore, the Court DENIES the motion with respect to the Second Amendment Foundation. (Ordered by Judge Reed C. O'Connor on 3/2/2023) (chmb) Modified document type to opinion on 3/3/2023 (mmw). (Entered: 03/02/2023) |
| 03/06/2023 | 189 (p.3998) | Unopposed MOTION to Withdraw as Attorney filed by Defense Distributed, Second Amendment Foundation Inc (Attachments: # 1 (p.81) Proposed Order) (Nelson, Zachary) (Entered: 03/06/2023) |
| 03/06/2023 | 190 (p.4001) | ORDER: Before the Court is Zachary Nelson's, attorney for Intervenor Plaintiffs' Defense Distributed and the Second Amendment Foundation, Inc., Unopposed 189 (p.3998) Motion to Withdraw. The Court GRANTS the Motion. (Ordered by Judge Reed C. O'Connor on 3/6/2023) (mmw) (Entered: 03/06/2023) |
| 03/06/2023 | 191 (p.4002) | Brief/Memorandum in Support filed by Michael G Andren, Firearms Policy Coalition Inc, Tactical Machining LLC, Jennifer VanDerStok re 181 (p.3281) Brief/Memorandum in Support of Motion *(Plaintiffs' Combined Reply in Support of Their Motion for Summary Judgment and Response to Defendants' Cross-Motion for Summary Judgment* (Attachments: # 1 (p.81) Exhibit(s) A) (Erhardt, Erin) (Entered: 03/06/2023) |
| 03/06/2023 | 192 (p.4083) | REPLY filed by Blackhawk Manufacturing Group Inc. re: 144 (p.2482) MOTION for Summary Judgment , 180 (p.3278) Cross MOTION for Summary Judgment (Poe, Brian) (Entered: 03/06/2023) |
| 03/06/2023 | 193 (p.4117) | REPLY filed by Defense Distributed, Second Amendment Foundation Inc re: 180 (p.3278) Cross MOTION for Summary Judgment , 165 (p.3137) MOTION for Summary Judgment (Attachments: # 1 (p.81) Exhibit(s) A - 2023 Declaration of Cody Wilson) (Flores, Charles) (Entered: 03/06/2023) |
| 03/20/2023 | 194 (p.4135) | |

26-10244.59

| | | |
|---|---|---|
| | | MOTION for Extension of Time to File Response/Reply to 193 (p.4117) Reply, 191 (p.4002) Brief/Memorandum in Support of Motion, 192 (p.4083) Reply filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice with Brief/Memorandum in Support. (Attachments: # 1 (p.81) Proposed Order) (Riess, Daniel) (Entered: 03/20/2023) |
| 03/20/2023 | 195 | ELECTRONIC ORDER granting 194 (p.4135) Defendants' Motion to Extend Time to File Response/Reply. Defendants may file their reply brief in support of their cross-motion for summary judgment no later than April 6, 2023. (Ordered by Judge Reed C. O'Connor on 3/20/2023) (chmb) (Entered: 03/20/2023) |
| 03/22/2023 | 196 (p.4139) | MOTION to Withdraw as Attorney *for Defendants by Martin M. Tomlinson* filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice (Attachments: # 1 (p.81) Proposed Order) (Tomlinson, Martin) (Entered: 03/23/2023) |
| 03/23/2023 | | ELECTRONIC ORDER granting 196 (p.4139) Motion to Withdraw as Attorney. Attorney Martin M Tomlinson terminated as counsel for Defendants. (Ordered by Judge Reed C. O'Connor on 3/23/2023) (chmb) (Entered: 03/23/2023) |
| 03/24/2023 | 197 (p.4144) | MOTION for Leave to File (Plaintiffs Motion for Leave to Provide Supplemental Authority to Their Motion for Summary Judgment and Response to Defendants' Cross Motion for Summary Judgment) filed by Michael G Andren, Firearms Policy Coalition Inc, Tactical Machining LLC, Jennifer VanDerStok (Erhardt, Erin) (Entered: 03/24/2023) |
| 04/06/2023 | 198 (p.4160) | MOTION to Exceed Page Limits filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice with Brief/Memorandum in Support. (Attachments: # 1 (p.81) Reply Brief in Support of Defendants' Cross-Motion for Summary Judgment, # 2 (p.137) Proposed Order) (Riess, Daniel) (Entered: 04/06/2023) |
| 04/06/2023 | 199 (p.4232) | Appendix in Support filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re 198 (p.4160) MOTION to Exceed Page Limits *(Reply Brief in Support of Defendants' Cross-Motion for Summary Judgment)* (Riess, Daniel) (Entered: 04/06/2023) |
| 04/07/2023 | 200 (p.4415) | |

**26-10244.60**

| | | |
|---|---|---|
| | | ORDER: Before the Court is Defendants' 198 (p.4160) Motion to Exceed Page Limits. To expedite resolution of the issue, the Court ORDERS Original Plaintiffs to respond to the motion no later than April 10, 2023. Defendants may reply no later than April 14, 2023. (Ordered by Judge Reed C. O'Connor on 4/7/2023) (mmw) (Entered: 04/07/2023) |
| 04/10/2023 | 201 (p.4416) | RESPONSE AND OBJECTION filed by Michael G Andren, Firearms Policy Coalition Inc, Tactical Machining LLC, Jennifer VanDerStok re: 198 (p.4160) MOTION to Exceed Page Limits (Erhardt, Erin) (Entered: 04/10/2023) |
| 04/14/2023 | 202 (p.4422) | REPLY filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 198 (p.4160) MOTION to Exceed Page Limits (Riess, Daniel) (Entered: 04/14/2023) |
| 04/16/2023 | 203 (p.4426) | ORDER granting Defendants' 198 (p.4160) Motion to Exceed Page Limits. The Court GRANTS the motion and ORDERS Defendants to separately file the brief on the docket no later than April 19, 2023. (Ordered by Judge Reed C. O'Connor on 4/16/2023) (chmb) (Entered: 04/16/2023) |
| 04/19/2023 | 204 (p.4427) | REPLY filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 180 (p.3278) Cross MOTION for Summary Judgment (Riess, Daniel) (Entered: 04/19/2023) |
| 04/19/2023 | 205 (p.4494) | Appendix in Support filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re 204 (p.4427) Reply (Riess, Daniel) (Entered: 04/19/2023) |
| 04/27/2023 | 206 (p.4677) | RESPONSE filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 157 (p.2974) MOTION to Intervene (Newman, Jeremy) (Entered: 04/27/2023) |
| 04/27/2023 | 207 (p.4689) | RESPONSE filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 149 (p.2863) MOTION to Intervene (Newman, Jeremy) (Entered: 04/27/2023) |
| 04/28/2023 | 208 (p.4699) | MOTION to Withdraw as Attorney *Barbara Mack Harding* filed by Ryan Busse, Jonathan Gold, Gun Owners for Safety, Steven Kling, Jason Perry, Scott Spreier (Attachments: # 1 (p.81) Proposed Order) |

| | | |
|---|---|---|
| | | (Anthony, Rebecca) (Entered: 04/28/2023) |
| 05/01/2023 | 209 | ELECTRONIC ORDER granting 208 (p.4699) Motion to Withdraw as Attorney for amici curiae Ryan Busse, Jonathan Gold, Gun Owners for Safety, Steven Kling, Jason Perry, and Scott Spreier. (Ordered by Judge Reed C. O'Connor on 5/1/2023) (chmb) (Entered: 05/01/2023) |
| 05/01/2023 | 210 (p.4702) | NOTICE OF INTERLOCUTORY APPEAL as to 188 (p.3987) Order on Motion for Injunction,, to the Fifth Circuit by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Riess, Daniel) (Entered: 05/01/2023) |
| 05/09/2023 | 211 (p.4704) | USCA Case Number 23-10463 in United States Court of Appeals 5th Circuit for 210 (p.4702) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. (tle) (Entered: 05/09/2023) |
| 05/10/2023 | 212 (p.4708) | OBJECTION filed by Michael G Andren, Firearms Policy Coalition Inc, Tactical Machining LLC, Jennifer VanDerStok re: 157 (p.2974) MOTION to Intervene , 149 (p.2863) MOTION to Intervene (Erhardt, Erin) (Entered: 05/10/2023) |
| 05/11/2023 | 213 (p.4719) | REPLY filed by Not An LLC re: 149 (p.2863) MOTION to Intervene (Attachments: # 1 (p.81) Exhibit(s) A, # 2 (p.137) Proposed Order) (Brewer, J. Mark) (Entered: 05/11/2023) |
| 05/11/2023 | 214 (p.4735) | REPLY filed by Polymer80, Inc. re: 157 (p.2974) MOTION to Intervene (Daniels, Dennis) (Entered: 05/11/2023) |
| 05/16/2023 | 215 (p.4745) | Unopposed MOTION to Withdraw as Attorney filed by Michael G Andren, Firearms Policy Coalition Inc, Tactical Machining LLC, Jennifer VanDerStok (Schiraldi, Kaitlyn) (Entered: 05/16/2023) |

| 05/17/2023 | | 220 | ELECTRONIC ORDER granting 215 (p.4745) Motion to Withdraw as Attorney. The Clerk of Court is instructed to terminate Attorney KAITLYN D. SCHIRALDI as counsel for Plaintiffs. (Ordered by Judge Reed C. O'Connor on 5/17/2023) (chmb) (Entered: 05/17/2023) |
|---|---|---|---|
| 05/17/2023 | 216 (p.4749) | | Application for Admission Pro Hac Vice with Certificate of Good Standing (Filing fee $100; Receipt number ATXNDC-13747596) filed by Michael G Andren, Firearms Policy Coalition Inc, Tactical Machining LLC, Jennifer VanDerStok Attorney Brian A Abbas added to party Michael G Andren(pty:pla), Attorney Brian A Abbas added to party Firearms Policy Coalition Inc(pty:pla), Attorney Brian A Abbas added to party Tactical Machining LLC(pty:pla), Attorney Brian A Abbas added to party Jennifer VanDerStok(pty:pla) (Abbas, Brian) (Entered: 05/17/2023) |
| 05/17/2023 | | 217 | ELECTRONIC ORDER granting 216 (p.4749) Application for Admission Pro Hac Vice of BRIAN A. ABBAS. Important Reminder: Unless excused for cause, an attorney who is not an ECF user must register within 14 days of the date the attorney appears in a case pursuant to LR 5.1(f) and LCrR 49.2(g). (Ordered by Judge Reed C. O'Connor on 5/17/2023) (chmb) (Entered: 05/17/2023) |
| 05/17/2023 | 218 (p.4755) | | Unopposed MOTION to Withdraw as Attorney filed by Michael G Andren, Firearms Policy Coalition Inc, Tactical Machining LLC, Jennifer VanDerStok (Schiraldi, Kaitlyn) (Entered: 05/17/2023) |
| 05/17/2023 | | 221 | ELECTRONIC ORDER finding as moot 218 (p.4755) Motion to Withdraw as Attorney per Electronic Order issued 5/17/23 granting 215 (p.4745) Motion of Kaitlyn Schiraldi to Withdraw as Attorney. (Ordered by Judge Reed C. O'Connor on 5/17/2023) (chmb) (Entered: 05/17/2023) |
| 05/19/2023 | 219 (p.4759) | | Unopposed MOTION to Withdraw as Attorney filed by Michael G Andren, Firearms Policy Coalition Inc, Tactical Machining LLC, Jennifer VanDerStok (Erhardt, Erin) (Entered: 05/19/2023) |
| 05/20/2023 | | 222 | ELECTRONIC ORDER granting 219 (p.4759) Motion to Withdraw as Attorney. The Clerk of Court is instructed to terminate Attorney ERIN M. ERHARDT as counsel for Plaintiffs. (Ordered by Judge Reed C. O'Connor on 5/20/2023) (chmb) (Entered: 05/20/2023) |
| 05/30/2023 | | | Record on Appeal for USCA5 23-10463 (related to 210 (p.4702) appeal): Record consisting of: 1 ECF electronic record on appeal (eROA) is certified, Original document number(s): Manual Filing #106 Administrative Record |

| | | |
|---|---|---|
| | | (USB),. **PLEASE NOTE THE FOLLOWING:** Licensed attorneys must have filed an appearance in the USCA5 case and be registered for electronic filing in the USCA5 to access the paginated eROA in the USCA5 ECF system. (Take these steps immediately if you have not already done so. Once you have filed the notice of appearance and/or USCA5 ECF registration, it may take up to 3 business days for the circuit to notify the district clerk that we may grant you access to the eROA in the USCA5 ECF system.) To access the paginated record, log in to the USCA5 ECF system, and under the Utilities menu, select Electronic Record on Appeal. Pro se litigants may request a copy of the record by contacting the appeals deputy in advance to arrange delivery. (tle) (Entered: 05/30/2023) |
| 06/01/2023 | 223 (p.4763) | MOTION to Withdraw as Attorney *for Nicholas Bruno* filed by Defense Distributed, Second Amendment Foundation Inc (Bruno, Nicholas) (Entered: 06/01/2023) |
| 06/01/2023 | 224 (p.4765) | NOTICE OF DEFICIENCY: Before the Court is attorney Nicholas M. Bruno's Motion to Withdraw as Counsel (ECF No. 223 (p.4763) ), filed on June 1, 2023. Counsel has not submitted a Certificate of Conference with his Motion as required by Local Rule 7.1 and is therefore ORDERED to cure this deficiency by filing a Certificate of Conference no later than June 2, 2023. (Ordered by Judge Reed C. O'Connor on 6/1/2023) (saw) (Entered: 06/01/2023) |
| 06/02/2023 | 225 (p.4766) | CERTIFICATE OF CONFERENCE ON MOTION TO WITHDRAW AS COUNSEL / ADDITIONAL ATTACHMENTS to 224 (p.4765) Order And Notice of Deficiency, 223 (p.4763) Motion to Withdraw as Attorney by Intervenor Plaintiffs Defense Distributed, Second Amendment Foundation Inc. (Bruno, Nicholas) Modified on 6/5/2023 (tle). (Entered: 06/02/2023) |
| 06/02/2023 | 226 | ELECTRONIC ORDER granting Attorney Nicholas M. Bruno's unopposed 223 (p.4763) Motion to Withdraw as Attorney. Attorney Nicholas M. Bruno terminated. (Ordered by Judge Reed C. O'Connor on 6/2/2023) (chmb) (Entered: 06/02/2023) |
| 06/05/2023 | | APPEARANCE FORM FILED at USCA5 by Attorney(s) Brian A Abbas for party(s) Appellee Tactical Machining, L.L.C. Appellee Jennifer VanDerStok Appellee Firearms Policy Coalition, Incorporated Appellee Michael G. Andren, in case 22-11071. Access to the EROA has been granted. (tle) (Entered: 06/05/2023) |
| 06/30/2023 | 227 (p.4768) | OPINION & ORDER granting: Not An LLC d/b/a JSD Supply's 149 (p.2863) Motion to Intervene but denying |

| | | |
|---|---|---|
| | | its 151 (p.2924) Motion for Injunction; and granting Polymer80, Inc.'s 157 (p.2974) Motion to Intervene. Also granting Original Plaintiffs' 140 (p.1956) Motion for Summary Judgment and their 197 (p.4144) Motion for Leave to File; granting Intervenor-Plaintiff BlackHawk's 144 (p.2482) Motion for Summary Judgment ; granting Defense Distributed and Second Amendment Foundation's 165 (p.3137) Motion for Summary Judgment; and denying Defendants' 180 (p.3278) Motion for Summary Judgment. (Ordered by Judge Reed C. O'Connor on 6/30/2023) (chmb) (Entered: 06/30/2023) |
| 06/30/2023 | 228 | ELECTRONIC ORDER: In light of this Courts order granting Intervenor-Plaintiffs Not an LLC d/b/a JSD Supply's and Polymer80s motions to intervene (ECF No. 227), the Clerk of Court is directed to individually file Intervenor-Plaintiffs Complaints (ECF No. 151-2 and Ex. F, ECF No. 159) on the docket as soon as practical. (Ordered by Judge Reed C. O'Connor on 6/30/2023) (chmb) (Entered: 06/30/2023) |
| 07/05/2023 | 229 (p.4806) | INTERVENOR COMPLAINT against Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice filed by Polymer80, Inc. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here:  Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (mmw) (Entered: 07/05/2023) |
| 07/05/2023 | 230 (p.4851) | INTERVENOR COMPLAINT against Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice filed by Not An LLC. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here:  Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (mmw) (Entered: 07/05/2023) |
| 07/05/2023 | 231 (p.4882) | FINAL JUDGMENT: Plaintiffs' and Intervenor-Plaintiffs' motions for summary judgment on grounds that the Final Rule was issued in excess of ATF's statutory jurisdiction (Counts I and III) are GRANTED and Defendants cross-motion for summary judgment as to those claims are DENIED. On these |

| | | |
|---|---|---|
| | | grounds, the Final Rule, Definition of "Frame or Receiver" and Identification of Firearms, 87 Fed. Reg. 24,652 (Apr. 26, 2022) (codified at 27 C.F.R. pts. 447, 478, and 479 (2022)), is hereby VACATED. The parties' remaining claims are DENIED as moot. Polymer80 SHALL file a notice on the docket no later than July 12, 2023, informing the Court whether its remaining claims are moot and, if so, proposing an order of Final Judgment as to those claims. (Ordered by Judge Reed C. O'Connor on 7/5/2023) (mmw) (Entered: 07/05/2023) |
| 07/07/2023 | 232 (p.4884) | NOTICE of *Remaining Claims* re: 231 (p.4882) Judgment,,, filed by Polymer80 Inc (Attachments: # 1 (p.81) Exhibit(s) A) (Daniels, Dennis) (Entered: 07/07/2023) |
| 07/12/2023 | 233 (p.4891) | ORDER: The Court ORDERS Defendants to respond to Polymer80's notice and address (1) the issue of mootness as to Polymer80's remaining claims and (2), if the Court determines Polymer80's claims are not moot, whether Defendants agree to the proposed scheduling order (ECF No. 232 (p.4884) -1). Defendants shall respond no later than August 2, 2023. Polymer80 may reply no later than August 16, 2023. (Ordered by Judge Reed C. O'Connor on 7/12/2023) (mmw) (Entered: 07/12/2023) |
| 07/13/2023 | 234 (p.4893) | NOTICE OF INTERLOCUTORY APPEAL as to 231 (p.4882) Judgment, 227 (p.4768) Order on Motion for Summary Judgment, Order on Motion to Intervene, Order on Motion for Injunction, Order on Motion for Leave to File, to the Fifth Circuit by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Riess, Daniel) (Entered: 07/13/2023) |
| 07/14/2023 | 235 (p.4895) | Unopposed MOTION to Stay *Deadline* filed by Michael G Andren, Firearms Policy Coalition Inc, Tactical Machining LLC, Jennifer VanDerStok (Attachments: # 1 (p.81) Proposed Order) (Cooper, R) (Entered: |

| | | |
|---|---|---|
| | | 07/14/2023) |
| 07/14/2023 | 236 (p.4900) | Emergency MOTION to Stay re 231 (p.4882) Judgment, 227 (p.4768) Order on Motion for Summary Judgment, Order on Motion to Intervene,,, Order on Motion for Injunction, Order on Motion for Leave to File,, filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice with Brief/Memorandum in Support. (Attachments: # 1 (p.81) Declaration(s) Declaration of Matthew P Varisco, # 2 (p.137) Proposed Order) (Riess, Daniel) (Entered: 07/14/2023) |
| 07/17/2023 | 237 (p.4932) | ORDER GRANTING PLAINTIFFS' UNOPPOSED 235 (p.4895) MOTION TO STAY DEADLINES: Upon consideration of Plaintiffs' Unopposed Motion to Stay Deadline, it is hereby ORDERED that the Motion is GRANTED. It is further ORDERED that the deadline for Plaintiffs to file a Rule 54 motion for costs and attorneys' fees is stayed until 14 days after the final resolution of Defendants' appeal from this Court's judgment. (Ordered by Judge Reed C. O'Connor on 7/17/2023) (mmw) (Entered: 07/17/2023) |
| 07/18/2023 | 238 (p.4933) | ORDER GRANTING 7-DAY ADMINISTRATIVE STAY: Before the Court is Defendants' 236 (p.4900) Emergency Motion for Stay Pending Appeal. Having considered the motion, the Court summarily DENIES the request for a stay pending appeal but STAYS the applicability of its Opinion and Final Judgment for 7 days in order that Defendants may seek emergency appellate relief. (Ordered by Judge Reed C. O'Connor on 7/18/2023) (mmw) (Entered: 07/18/2023) |
| 07/18/2023 | 239 (p.4934) | Emergency MOTION for Injunction *PENDING APPEAL* filed by Defense Distributed (Attachments: # 1 (p.81) Exhibit(s) A, # 2 (p.137) Exhibit(s) B, # 3 (p.139) Exhibit(s) C, # 4 (p.142) Exhibit(s) D, # 5 (p.144) Exhibit(s) E, # 6 (p.149) Exhibit(s) F) (Flores, Charles) (Entered: 07/18/2023) |
| 07/18/2023 | 240 (p.4998) | Joint MOTION to Stay *Not An LLC d/b/a JSD Supply's and Polymer80, Inc.'s Unopposed Joint Motion to Stay Rule 54 Deadline* filed by Polymer80 Inc (Attachments: # 1 (p.81) Proposed Order) (Daniels, Dennis) (Entered: 07/18/2023) |
| 07/18/2023 | 241 (p.5003) | Emergency MOTION for Injunction *Pending Appeal* filed by Not An LLC (Brewer, J. Mark) (Entered: 07/18/2023) |
| 07/19/2023 | 242 (p.5007) | RESPONSE AND OBJECTION filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 239 (p.4934) Emergency MOTION for |

| | | |
|---|---|---|
| | | Injunction *PENDING APPEAL*, 241 (p.5003) Emergency MOTION for Injunction *Pending Appeal* (Riess, Daniel) (Entered: 07/19/2023) |
| 07/20/2023 | 243 (p.5012) | REPLY filed by Defense Distributed re: 239 (p.4934) Emergency MOTION for Injunction *PENDING APPEAL* (Flores, Charles) (Entered: 07/20/2023) |
| 07/20/2023 | 244 (p.5017) | REPLY filed by Not An LLC re: 241 (p.5003) Emergency MOTION for Injunction *Pending Appeal* (Brewer, J. Mark) (Entered: 07/20/2023) |
| 07/25/2023 | 245 (p.5020) | ORDER: In light of the Fifth Circuit's Order on appeal in this case (Case No. 23-10718), issued July 24, 2023, the Court DENIES the 239 (p.4934) , 241 (p.5003) motions for injunctive relief pending appeal as moot. Having considered the Unopposed 240 (p.4998) Motion to Stay Deadline, it is hereby ORDERED that theMotion is GRANTED. It is further ORDERED that the deadline for Plaintiffs to file a Rule 54 motion for costs and attorneys' fees is stayed until 14 days after the final resolution of Defendants' appeal from this Court's judgment. (Ordered by Judge Reed C. O'Connor on 7/25/2023) (mmw) (Entered: 07/25/2023) |
| 07/25/2023 | 246 (p.5022) | ORDER of USCA No. 23-10718 as to 234 (p.4893) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. We STAY the vacatur, pending appeal, as to the non-challenged provisions. We sua sponte EXPEDITE the appeal to the next available oral argu-ment calendar. To allow time for additional proceedings as appropriate, this order is administratively STAYED for 10 days. (Attachments: # 1 (p.81) USCA5 Cover Letter) (tle) (Entered: 07/25/2023) |
| 07/25/2023 | | Record on Appeal for USCA5 23-10718 (related to 234 (p.4893) appeal): Record consisting of: 1 ECF electronic record on appeal (eROA) is certified. Original document number(s): Manual Filing #106 Administrative Record (USB), **PLEASE NOTE THE FOLLOWING:** Licensed attorneys must have filed an appearance in the USCA5 case and be registered for electronic filing in the USCA5 to access the paginated eROA in the USCA5 ECF system. (Take these steps immediately if you have not already done so. Once you have filed the notice of appearance and/or USCA5 ECF registration, it may take up to 3 business days for the circuit to notify the district clerk that we may grant you access to the eROA in the USCA5 ECF system.) To access the paginated record, log in to the USCA5 ECF system, and under the Utilities menu, select Electronic Record on Appeal. Pro se |

| | | |
|---|---|---|
| | | litigants may request a copy of the record by <u>contacting the appeals deputy</u> in advance to arrange delivery. (tle) . (Entered: 07/25/2023) |
| 07/26/2023 | | APPEARANCE FORM FILED at USCA No. 23-10718 by Attorney(s) J. Mark Brewer for party(s) Appellee Not An L.L.C., in case 23-10718. Access to the EROA has been granted. (tle) (Entered: 07/26/2023) |
| 08/02/2023 | 247 (p.5027) | RESPONSE filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 232 (p.4884) Notice (Other) (Newman, Jeremy) (Entered: 08/02/2023) |
| 08/09/2023 | 248 (p.5032) | Emergency MOTION for Injunction *Pending Appeal* filed by Defense Distributed with Brief/Memorandum in Support. (Attachments: # 1 (p.81) Exhibit(s) A) (Flores, Charles) (Entered: 08/09/2023) |
| 08/09/2023 | 249 (p.5044) | Emergency MOTION for Injunction *Pending Appeal with Corrected Exhibit A* filed by Defense Distributed with Brief/Memorandum in Support. (Attachments: # 1 (p.81) Exhibit(s) A) (Flores, Charles) (Entered: 08/09/2023) |
| 08/10/2023 | | APPEARANCE FORM FILED at USCA5 by Attorney(s) Caroline Van Zile. Access to the EROA has been granted. [22-11071] (tle) (Entered: 08/10/2023) |
| 08/10/2023 | | APPEARANCE FORM FILED at USCA5 by Attorney(s) Michael J. Sullivan for party(s) Appellee Blackhawk Manufacturing Group, Incorporated, in case 23-10718, by Attorney Brian Daniel Poe for Appellee Blackhawk Manufacturing Group, Incorporated in 23-10718. Access to the EROA has been granted. (tle) (Entered: 08/10/2023) |
| 08/10/2023 | 250 (p.5056) | ORDER: Before the Court is Defense Distributed's Opposed Emergency Motion for Injunction Pending Appeal (ECF No. 249 (p.5044) ), filed August 9, 2023. The Court ORDERS Defendants to respond to this motion no later than August 17, 2023. Defense Distributed may reply no later than August 21, 2023. (Ordered by Judge Reed C. O'Connor on 8/10/2023) (mmw) (Entered: 08/10/2023) |
| 08/14/2023 | 251 (p.5057) | MOTION to Clarify the Status of Injunctive Relief, or, in the Alternative, for an Injunction to Enforce Unstayed Aspects of Final Judgment, or a Preliminary Injunction Pending Appeal filed by Blackhawk Manufacturing Group Inc. (Attachments: # 1 (p.81) Exhibit(s) Exhibit A) (Poe, Brian) (Entered: 08/14/2023) |
| 08/14/2023 | 252 (p.5112) | ORDER of USCA No. 23-10463 as to 210 (p.4702) Notice of Appeal, filed by Merrick Garland, United |

| | | States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. Under Fed. R. App. P. 42(b), the appeal is dismissed as of August 14, 2023, pursuant to appellants motion. Issued as mandate: 8/14/2023. (Attachments: # 1 (p.81) USCA5 Cover Letter) (tle) (Entered: 08/14/2023) |
|---|---|---|
| 08/14/2023 | 253 (p.5115) | ORDER regarding 251 (p.5057) Motion. The Court ORDERS Defendants to respond to this motion no later than August 17, 2023. Blackhawk may reply no later than August 21, 2023. (Ordered by Judge Reed C. O'Connor on 8/14/2023) (chmb) (Entered: 08/14/2023) |
| 08/15/2023 | | APPEARANCE FORM FILED at USCA5 by Attorney(s) Peter A. Patterson for party(s) Appellee Tactical Machining, L.L.C. Appellee Jennifer VanDerStok Appellee Firearms Policy Coalition, Incorporated Appellee Michael G. Andren, in case [22-11071, 22-11086]. Access to the EROA has been granted. (tle) (Entered: 08/15/2023) |
| 08/17/2023 | 254 (p.5116) | RESPONSE AND OBJECTION filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 251 (p.5057) MOTION to Clarify the Status of Injunctive Relief, or, in the Alternative, for an Injunction to Enforce Unstayed Aspects of Final Judgment, or a Preliminary Injunction Pending Appeal, 249 (p.5044) Emergency MOTION for Injunction *Pending Appeal with Corrected Exhibit A* (Attachments: # 1 (p.81) Exhibit(s) 1) (Riess, Daniel) (Entered: 08/17/2023) |
| 08/18/2023 | 255 (p.5133) | ORDER of USCA No. 23-10718 as to 234 (p.4893) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. IT IS ORDERED that the motion of Gun Owners for Safety to file an amicus curiae brief is GRANTED. (Attachments: # 1 (p.81) USCA5 Cover Letter) (tle) (Entered: 08/18/2023) |
| 08/21/2023 | 256 (p.5136) | REPLY filed by Blackhawk Manufacturing Group Inc. re: 251 (p.5057) MOTION to Clarify the Status of Injunctive Relief, or, in the Alternative, for an Injunction to Enforce Unstayed Aspects of Final Judgment, or a Preliminary Injunction Pending Appeal (Poe, Brian) (Entered: 08/21/2023) |
| 08/21/2023 | 257 (p.5152) | REPLY filed by Defense Distributed re: 249 (p.5044) Emergency MOTION for Injunction *Pending Appeal with Corrected Exhibit A* (Attachments: # 1 (p.81) Exhibit(s) A, # 2 (p.137) Exhibit(s) B, # 3 (p.139) Exhibit(s) C) (Flores, Charles) (Entered: 08/21/2023) |

| | | |
|---|---|---|
| 08/22/2023 | 258 (p.5253) | NOTICE of *Recent Authority* filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice (Attachments: # 1 (p.81) Exhibit(s) Morehouse Enterprises v ATF) (Riess, Daniel) (Entered: 08/22/2023) |
| 08/25/2023 | | APPEARANCE FORM FILED at USCA5 by Attorney James Wallace Porter III for Appellee Polymer80, Incorporated in 23-10718. Access to the EROA has been granted. (tle) (Entered: 08/25/2023) |
| 08/25/2023 | | APPEARANCE FORM FILED at USCA5 by Attorney(s) Chad Flores for party(s) Appellee Not An L.L.C., in case 23-10718. Access to the EROA has been granted. (tle) (Entered: 08/25/2023) |
| 08/30/2023 | 259 (p.5265) | ORDER of USCA No. 22-11071 as to 114 (p.1539) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives, 120 (p.1707) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives, 113 (p.1536) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. IT IS ORDERED that Appellants opposed motion to dismiss the appeal is CARRIED WITH THE CASE. (Attachments: # 1 (p.81) USCA5 Cover Letter) (tle) (Entered: 08/30/2023) |
| 09/06/2023 | 260 (p.5268) | ORDER of USCA No. 22-11071 / consolidated with No. 22-11086 as to 114 (p.1539) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives, 120 (p.1707) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives, 113 (p.1536) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. Under FED. R. APP. P. 42(B), the appeal is dismissed as of September 06, 2023, pursuant to appellants motion. (Attachments: # 1 (p.81) USCA5 Cover Letter) (tle) (Entered: 09/06/2023) |
| 09/14/2023 | 261 (p.5271) | OPINION & ORDER ON DEFENSE DISTRIBUTED AND BLACKHAWK MANUFACTURING GROUP INC. d/b/a 80 PERCENT ARMS' EMERGENCY MOTIONS FOR INJUNCTIVE RELIEF PENDING APPEAL : The Court GRANTS the Emergency 249 (p.5044) Motions for Injunction Pending Appeal. |

| | | |
|---|---|---|
| | | Accordingly, the Court ORDERS that the Government Defendants the Attorney General of the United States; the United States Department of Justice; the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and the Bureau of Alcohol, Tobacco, Firearms and Explosives and each of their respective officers, agents, servants, and employees are ENJOINED from implementing and enforcing against Intervenor - Plaintiffs Defense Distributed and BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms the provisions in 27 C.F.R. §§ 478.11 and 478.12 that the Court has preliminarily and on the merits determined are unlawful. (Ordered by Judge Reed C. O'Connor on 9/14/2023) (mmw) (Entered: 09/14/2023) |
| 09/15/2023 | 262 (p.5313) | MOTION for Injunction *Pending Appeal* filed by Tactical Machining LLC with Brief/Memorandum in Support. (Attachments: # 1 (p.81) Declaration(s) Of Darren Peters, Sr., # 2 (p.137) Proposed Order) (Cooper, R) (Entered: 09/15/2023) |
| 09/20/2023 | 263 (p.5322) | MOTION to Join *Defense Distributed and Blackhawk Manufacturing Group Inc.'s Emergency Motions for Injunctive Relief Pending Appeal* filed by Not An LLC (Attachments: # 1 (p.81) Exhibit(s) A, # 2 (p.137) Exhibit(s) B, # 3 (p.139) Proposed Order) (Brewer, J. Mark) (Entered: 09/20/2023) |
| 10/03/2023 | 264 (p.5340) | ORDER of USCA No. 23-10718 as to 234 (p.4893) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. The Governments motion to vacate the district courts injunction is GRANTED IN PART...The Governments motion is GRANTED IN PART, the district courts preliminary injunction is VACATED as to non-parties, and the Governments motion is otherwise DENIED. (Attachments: # 1 (p.81) USCA5 Cover Letter) (tle) (Entered: 10/03/2023) |
| 10/05/2023 | 265 (p.5348) | RESPONSE filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 262 (p.5313) MOTION for Injunction *Pending Appeal*, 263 (p.5322) MOTION to Join *Defense Distributed and Blackhawk Manufacturing Group Inc.'s Emergency Motions for Injunctive Relief Pending Appeal* (Newman, Jeremy) (Entered: 10/05/2023) |
| 10/18/2023 | 266 (p.5359) | NOTICE of *Recent Authority in Further Opposition to Tactical Machining and JSD Supply's Motions for Injunction Pending Appeal* filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice |

| | | |
|---|---|---|
| | | (Attachments: # 1 (p.81) Exhibit(s)) (Riess, Daniel) (Entered: 10/18/2023) |
| 10/24/2023 | 267 (p.5362) | NOTICE of *WITHDRAWAL* re: 262 (p.5313) MOTION for Injunction *Pending Appeal* filed by Tactical Machining LLC (Cooper, R) (Entered: 10/24/2023) |
| 11/03/2023 | 268 (p.5365) | ORDER : It is ORDERED that Intervenor-Plaintiff's Motion to Join Emergency Injunctive Relief Pending Appeal (ECF No. 263 (p.5322) ) should be and is hereby DENIED. (Ordered by Judge Reed C. O'Connor on 11/3/2023) (mmw) (Entered: 11/06/2023) |
| 11/14/2023 | 269 (p.5367) | NOTICE of Attorney Appearance by Nathan Curtis Flanigin on behalf of Michael G Andren, Firearms Policy Coalition Inc, Tactical Machining LLC, Jennifer VanDerStok. (Filer confirms contact info in ECF is current.) (Flanigin, Nathan) (Entered: 11/14/2023) |
| 11/20/2023 | 270 (p.5370) | ORDER of USCA No. 23-10718 as to 210 (p.4702) , 234 (p.4893) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. IT IS ORDERED that Appellees motion for issuance of the mandate forthwith is GRANTED.IT IS FURTHER ORDERED that the alternative motion to issue its mandate if no petition for panel rehearing or rehearing en banc is filed within seven days of the issuance of its order determining this motion is DENIED as moot. (tle). (Entered: 11/20/2023) |
| 11/20/2023 | 271 (p.5372) | JUDGMENT/MANDATE of USCA No. 23-10718 as to 210 (p.4702) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives, 234 (p.4893) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED IN PART and VACATED IN PART, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.IT IS FURTHER ORDERED that each party bear its own costs on appeal. Issued as Mandate: 11/20/2023. (Attachments: # 1 (p.81) USCA5 Cover Letter) (tle) (Entered: 11/20/2023) |
| 11/20/2023 | 272 (p.5375) | Opinion of USCA No. 23-10718 in accordance with USCA judgment re 210 (p.4702) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives, 234 (p.4893) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of |

| | | |
|---|---|---|
| | | Alcohol, Tobacco, Firearms, and Explosives. The judgment of the district court is AFFIRMEDto the extent it holds unlawful the two challenged portions of theFinal Rule, and VACATED and REMANDED as to the remedy. (tle) (Entered: 11/20/2023) |
| 11/20/2023 | 273 (p.5433) | STATUS REPORT ORDER: The Court hereby ORDERS the parties to meet and confer and provide a joint report regarding the status of this case and how the parties intend to proceed no later than December 4, 2023. (Ordered by Judge Reed C. O'Connor on 11/20/2023) (mmw) (Entered: 11/20/2023) |
| 11/28/2023 | | APPEARANCE FORM FILED at USCA5 by Attorney(s) Donald Sean Nation for party(s) Appellee Tactical Machining, L.L.C. Appellee Jennifer VanDerStok Appellee Firearms Policy Coalition, Incorporated Appellee Michael G. Andren, in case 23-10718. Access to the EROA has been granted. (tle) (Entered: 11/28/2023) |
| 12/04/2023 | 274 (p.5434) | Joint STATUS REPORT filed by Michael G Andren, Firearms Policy Coalition Inc, Tactical Machining LLC, Jennifer VanDerStok. (Flanigin, Nathan) (Entered: 12/04/2023) |
| 12/28/2023 | 275 (p.5441) | MOTION to Withdraw as Attorney filed by Polymer80 Inc (Attachments: # 1 (p.81) Proposed Order) (Nardone, Marc) (Entered: 12/28/2023) |
| 01/05/2024 | 276 (p.5444) | ORDER granting 275 (p.5441) ...it is ORDERED that Marc A. Nardone be withdrawn as counsel of record for Polymer80, Inc. in the above-captioned case. Attorney Marc A Nardone terminated (Ordered by Judge Reed C. O'Connor on 1/5/2024) (wxc) (Entered: 01/08/2024) |
| 01/05/2024 | 277 (p.5445) | STATUS REPORT ORDER...Having reviewed the joint report and applicable law, the Court ORDERS Defendants to file a status report notifying the Court if and when they file a petition for writ of certiorari (or seek any other form of review) with the Supreme Court of the United States on this case, or when the time for seeking any such review has expired, whichever occurs first. (Ordered by Judge Reed C. O'Connor on 1/5/2024) (wxc) (Entered: 01/08/2024) |
| 02/08/2024 | 278 (p.5446) | NOTICE of *Filing of Petition for Certiorari* filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice (Riess, Daniel) (Entered: 02/08/2024) |
| 02/13/2024 | 279 (p.5448) | ORDER: It is ORDERED that the above-captioned case is hereby STAYED pending termination of the stay granted in the August 8, 2023 Order of the Supreme |

| | | |
|---|---|---|
| | | Court of the United States. See Garland v. VanDerStok, No. 23A82 (U.S. Aug. 8, 2023). The Clerk of Court is DIRECTED to administratively close the above-captioned case for statistical purposes until otherwise directed by the Court. (Ordered by Judge Reed C. O'Connor on 2/13/2024) (sre) (Entered: 02/13/2024) |
| 04/23/2024 | 280 (p.5450) | Received letter from United States Court of Appeals 5th Circuit No. 23-10718. Enclosed is a copy of the Supreme Court order granting certiorari. The petition for a writ of certiorari is granted. [23-852] (Attachments: # 1 (p.81) SUPREME COURT ORDER) (tle) (Entered: 04/23/2024) |
| 07/30/2024 | 281 (p.5452) | Received letter from United States Court of Appeals 5th Circuit No. 23-10718. By copy of this letter, the Clerk of the United States District Court for the Northern District of Texas is directed to transmit their record to the United States Supreme Court. (tle) (Entered: 07/30/2024) |
| 07/30/2024 | 282 (p.5454) | SUPREME COURT ORDER Pursuant to Rule 12.7 of the Rules of the Supreme Court of the United States, you are requested to certify and transmit immediately the entire. record (including transcripts) in the above case to this office. You must also transmit a numbered list specifically identifying each document transmitted. All cassettes, disks, tapes and any article of a similar material must be sent via commercial carrier, not via the United States mail. Please be certain to include a transmittal letter referencing this Court's docket number. It is critical that you note if the record, or any portion of the record, has been sealed or contains confidential information. If this type of information is contained in the record, these documents must be enclosed in a separate envelope or box and marked accordingly. Hard copies of record materials available electronically do not need to be transmitted. Instead you should provide this office with the web address where the materials are available. If your court is not in possession of the lower court record, please forward a copy of this letter and a request for the lower court to transmit its record directly to this office. If you have any questions, please contact me. Your prompt attention to this matter will be greatly appreciated. Kindly acknowledge receipt of this letter by emailing LowerCourtRecords@supremecourt.gov. If you do not need to send hard copies of records, you may also use this email address for your response. [USCA5 No. 23-10718] (tle) (Entered: 07/30/2024) |
| 07/31/2024 | 283 (p.5455) | Transmission of Certified Electronic Record on Appeal, Notice of Appeal and Certified Docket Sheet re 234 (p.4893) Notice of Appeal to the United States Supreme Court per 281 (p.5452) USCA5 Order. Appeal record |

26-10244.75

| | | |
|---|---|---|
| | | transmitted electronically via email. [23-10718] (tle) (Entered: 08/01/2024) |
| 08/02/2024 | | United States Supreme Court Case Number 23-852. [23-10718] (tle) (Entered: 08/05/2024) |
| 08/02/2024 | 284 (p.5456) | Acknowledgment of receipt of Electronic Record on Appeal, Certified copy of Docket Sheet re: 283 (p.5455) Transmission of Notice of Appeal and Docket Sheet by United States Supreme Court. [ Electronic Record received on 8/2/2024] [23-10718] (tle) (Entered: 08/05/2024) |
| 02/28/2025 | 285 (p.5457) | MOTION to Withdraw as Attorney filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice (Attachments: # 1 (p.81) Proposed Order) (Goodnature, Taisa) (Entered: 02/28/2025) |
| 03/03/2025 | 286 (p.5461) | ORDER : Having reviewed Defendants' 285 (p.5457) Motion to Withdraw as Counsel, the Court hereby GRANTS the Motion. The Clerk of Court is directed to terminate Taisa M. Goodnature from the docket as counsel for Defendants in this action. (Ordered by Judge Reed C. O'Connor on 3/3/2025) (mmw) (Entered: 03/03/2025) |
| 05/12/2025 | 287 (p.5462) | ORDER: The Court DIRECTS the parties to file a joint status report on or before May 27, 2025, detailing the remaining issues before the Court, and proposing a timeline for resolution of those issues. (Ordered by Judge Reed C. O'Connor on 5/12/2025) (mmw) (Entered: 05/12/2025) |
| 05/23/2025 | 288 (p.5463) | MOTION to Withdraw as Attorney filed by Polymer80 Inc (Attachments: # 1 (p.81) Exhibit(s) 1, # 2 (p.137) Proposed Order) (Daniels, Dennis) (Entered: 05/23/2025) |
| 05/23/2025 | 289 (p.5469) | ORDER: Before the Court is Dennis L. Daniels, Jr. and James W. Porter, III's Motion to Withdraw as Counsel for Polymer80, Inc. (ECF No. 288 (p.5463) ). For good cause shown, the Court GRANTS the Motion. The Clerk of Court is directed to terminate Dennis L. Daniels, Jr. and James W. Porter, III from the docket as counsel for Polymer80, Inc. in this action. (Ordered by Judge Reed C. O'Connor on 5/23/2025) (sre) (Entered: 05/23/2025) |
| 05/23/2025 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:289. Fri May 23 16:07:42 CDT 2025 (crt) (Entered: 05/23/2025) |
| 05/27/2025 | 290 (p.5470) | Joint STATUS REPORT filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice. (Newman, Jeremy) (Entered: 05/27/2025) |

| | | |
|---|---|---|
| 05/30/2025 | 291 (p.5475) | ORDER: Before the Court is the parties' Joint Status Report (ECF No. 290 (p.5470) ) informing the Court that the challenged rule falls within the purview of the Attorney General's review under Exec. Order No. 14,206, 90 Fed. Reg. 9503 (Feb. 12, 2025) and requesting to stay the case until the Attorney General's review is complete. The Court ORDERS Intervenor Plaintiff Defense Distributed to respond and explain its opposition no later than June 6, 2025, at which point the Court will determine whether a stay is warranted. (Ordered by Judge Reed C. O'Connor on 5/30/2025) (saw) (Entered: 05/30/2025) |
| 06/06/2025 | 292 (p.5476) | RESPONSE filed by Defense Distributed re: 291 (p.5475) Order Setting Deadline/Hearing,, 290 (p.5470) Status Report (Flores, Charles) (Entered: 06/06/2025) |
| 06/06/2025 | 293 (p.5480) | MOTION for Injunction filed by Defense Distributed (Flores, Charles) (Entered: 06/06/2025) |
| 06/06/2025 | 294 (p.5484) | Brief/Memorandum in Support filed by Defense Distributed re 293 (p.5480) MOTION for Injunction (Attachments: # 1 (p.81) Exhibit(s) A - 2023 Declaration, # 2 (p.137) Exhibit(s) B - 2025 Declaration) (Flores, Charles) (Entered: 06/06/2025) |
| 06/23/2025 | 295 (p.5519) | JUDGMENT ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES/ USCA No. 23-10718 with Remand as to 234 (p.4893) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. Case remanded to the district court for further proceedings. IT IS ORDERED and ADJUDGED that the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court. [23-852](tle) (Entered: 06/23/2025) |
| 06/23/2025 | 296 (p.5523) | OPINION ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES / USCA 23-10718. This case is before us on remand from the Supreme Court. The Supreme Court reversed the judgment of this court and held that the Gun Control Act of 1968 embraces, and thus permits [the Bureau of Alcohol, Tobacco, Firearms, and Explosives] to regulate, some weapon parts kits and unfinished frames or receivers. Bondi v. VanDerStok, 145 S. Ct. 857, 876 (2025). We therefore REMAND this case to the district court for further proceedings consistent with the Supreme Courts decision in accordance with USCA judgment re 234 (p.4893) Notice of Appeal, filed by Merrick Garland, United States Department of Justice, Steven Dettelbach, Bureau of Alcohol, Tobacco, Firearms, and Explosives. [23-852] (tle) (Entered: 06/23/2025) |

| | | |
|---|---|---|
| 06/27/2025 | 297 (p.5525) | RESPONSE AND OBJECTION filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 293 (p.5480) MOTION for Injunction (Riess, Daniel) (Entered: 06/27/2025) |
| 06/27/2025 | 298 (p.5558) | Appendix in Support filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re 297 (p.5525) Response/Objection (Riess, Daniel) (Entered: 06/27/2025) |
| 07/11/2025 | 299 (p.5590) | REPLY filed by Defense Distributed re: 293 (p.5480) MOTION for Injunction (Attachments: # 1 (p.81) Exhibit(s) USA Br. Raoul, # 2 (p.137) Exhibit(s) USA Br. Peterson, # 3 (p.139) Exhibit(s) Raber Report) (Flores, Charles) (Entered: 07/11/2025) |
| 07/24/2025 | 300 (p.6164) | NOTICE of *Recent Authority* re: 297 (p.5525) Response/Objection filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice (Attachments: # 1 (p.81) Exhibit(s)) (Riess, Daniel) (Entered: 07/24/2025) |
| 01/26/2026 | 301 (p.6171) | Supplemental Document by Defense Distributed as to 293 (p.5480) MOTION for Injunction , 300 (p.6164) Notice (Other), 299 (p.5590) Reply, 298 (p.5558) Appendix in Support, 294 (p.5484) Brief/Memorandum in Support of Motion, 297 (p.5525) Response/Objection *Notice of Irreparable Harm*. (Attachments: # 1 (p.81) Exhibit(s) A - Declaration of Grant Williams, # 2 (p.137) Exhibit(s) B - Declaration of Marc Cisneros) (Flores, Charles) (Entered: 01/26/2026) |
| 03/12/2026 | 302 (p.6181) | NOTICE OF INTERLOCUTORY APPEAL to the Fifth Circuit by Defense Distributed. Filing fee $605, receipt number ATXNDC-16270974. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. IMPORTANT ACTION REQUIRED: Provide an electronic copy of any exhibit you offered during a hearing or trial that was admitted into evidence to the clerk of the district court within 14 days of the date of this notice. Copies must be transmitted as PDF attachments through ECF by all ECF Users or delivered to the clerk on a CD by all non-ECF Users. See detailed instructions here. (Exception: This requirement does not apply to a pro se prisoner litigant.) Please note that if original exhibits are in your possession, you must maintain them through final disposition of the case. (Flores, Charles) (Entered: 03/12/2026) |
| 03/18/2026 | 303 (p.6183) | |

| | | |
|---|---|---|
| | | Transcript Order Form: re 302 (p.6181) Notice of Appeal,,,, transcript not requested Reminder: If the transcript is ordered for an appeal, Appellant must also file a copy of the order form with the appeals court. (Flores, Charles) (Entered: 03/18/2026) |
| 03/19/2026 | 304 (p.6184) | ORDER: The Parties shall meet to confer on a schedule to resolve all remaining issues involved in this lawsuit. After that meeting, they shall file a joint status report proposing a timeline for resolution of all issues by final judgment. The joint status report is due no later than April 2, 2026. Based on the foregoing, the Court STAYS this case pending the issuance of an order setting a schedule to promptly resolve all remaining issues by final judgment. (Ordered by Chief District Judge Reed O'Connor on 3/19/2026) (mmw) (Entered: 03/19/2026) |
| 03/19/2026 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:304. Thu Mar 19 11:47:45 CDT 2026 (crt) (Entered: 03/19/2026) |
| 03/19/2026 | 305 (p.6186) | MOTION for Injunction *Pending Appeal* filed by Defense Distributed (Flores, Charles) (Entered: 03/19/2026) |
| 03/19/2026 | 306 (p.6190) | ORDER: Before the Court is Plaintiff Defense Distributed's 305 (p.6186) Motion for Injunction Pending Appeal. In order to expeditiously resolve this Motion, the Court ORDERS any response in opposition to be filed no later than March 26, 2026. (Ordered by Chief District Judge Reed O'Connor on 3/19/2026) (mmw) (Entered: 03/19/2026) |
| 03/19/2026 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:306. Thu Mar 19 15:06:48 CDT 2026 (crt) (Entered: 03/19/2026) |
| 03/26/2026 | 307 (p.6191) | RESPONSE AND OBJECTION filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 305 (p.6186) MOTION for Injunction *Pending Appeal* (Attachments: # 1 (p.81) Exhibit(s) 1) (Riess, Daniel) (Entered: 03/26/2026) |
| 03/26/2026 | 308 (p.6201) | REPLY filed by Defense Distributed re: 305 (p.6186) MOTION for Injunction *Pending Appeal* (Flores, Charles) (Entered: 03/26/2026) |
| 03/30/2026 | 309 (p.6209) | ORDER denying 305 (p.6186) Motion for Injunction. See Order for details. (Ordered by Chief District Judge Reed O'Connor on 3/30/2026) (chmb) (Entered: 03/30/2026) |
| 03/31/2026 | | ***Clerk's Notice of delivery: (see NEF for details) Docket No:309. Tue Mar 31 08:58:20 CDT 2026 (crt) (Entered: 03/31/2026) |

| | | |
|---|---|---|
| 04/02/2026 | 310 (p.6213) | Joint STATUS REPORT filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice. (Attachments: # 1 (p.81) Proposed Order) (Riess, Daniel) (Entered: 04/02/2026) |
| 04/03/2026 | 311 (p.6217) | ORDER: Before the Court is the Parties' 310 (p.6213) Joint Status Report. Defense Distributed, the Second Amendment Foundation, and Defendants request an extension of time to file a proposed briefing schedule. The Court finds good cause to GRANT the requested extension. Accordingly, Defense Distributed, the Second Amendment Foundation, and Defendants proposed briefing schedule is due on or before April 9, 2026. (Ordered by Chief District Judge Reed O'Connor on 4/3/2026) (mmw) (Entered: 04/03/2026) |
| 04/08/2026 | 312 (p.6218) | USCA Case Number 26-10244 in United States Court of Appeals 5th Circuit for 302 (p.6181) Notice of Appeal, filed by Defense Distributed. (tle) (Entered: 04/08/2026) |
| 04/09/2026 | 313 (p.6222) | RESPONSE filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Steven Dettelbach, Merrick Garland, United States Department of Justice re: 311 (p.6217) Order Setting Deadline/Hearing, (Attachments: # 1 (p.81) Proposed Order) (Riess, Daniel) (Entered: 04/09/2026) |
| 04/10/2026 | 314 (p.6226) | ORDER: As the Court has previously explained, it desires to "resolve all remaining issues involved in this lawsuit." ECF No. 304 (p.6184) . Accordingly, the Court ORDERS all Plaintiffs and Defendants to move for summary judgment in accordance with the following schedule (see order for specifics) (Ordered by Chief District Judge Reed O'Connor on 4/10/2026) (mmw) (Entered: 04/10/2026) |



**TAB 2**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DEFENSE DISTRIBUTED,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No. 4:22-cv-00691-O** |
| **PAMELA BONDI in her Official** | § | |
| **Capacity as Attorney General of the** | § | |
| **United States,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

**Defense Distributed's Notice of Appeal**

Defense Distributed appeals to the United States Court of Appeals for the Fifth Circuit from this Court's refusal of the preliminary injunction requested by Defense Distributed's Motion for a Preliminary Injunction," Doc. 293 (filed June 6, 2025), Defense Distributed's Reply in Support of Defense Distributed's Motion for a Preliminary Injunction, Doc. 299 (filed July 11, 2025), and Defense Distributed's Notice of Irreparable Harm in Support of Defense Distributed's Motion for a Preliminary Injunction, Doc. 301 (filed January 26, 2026).

Respectfully submitted,

By /s/ *Chad Flores*
Chad Flores
  chad@chadflores.law
  Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
P: (713) 893-9440
F: (832) 645-2496

Counsel for Defense Distributed

**Certificate of Service**

A true and correct copy of the foregoing document was served via the Court's CM/ECF

system to all counsel of record on the day of its filing.

<u>/s/ Chad Flores</u>
Chad Flores

2

**TAB 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JENNIFER VANDERSTOK,** *et al.***,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-00691-O** |
| | § | |
| **PAMELA BONDI, in her official capacity** | § | |
| **as Attorney General of the United States,** | § | |
| *et al.***,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

This case is on remand from the Fifth Circuit, after review and reversal by the Supreme Court on multiple occasions. Pursuant to the Fifth Circuit's May 1, 2025 order remanding the case "for further proceedings consistent with the Supreme Court's decision,"[1] the Court ordered the Parties to file a joint status report "detailing the remaining issues before the Court, and proposing a timeline for resolution of those issues."[2] In response, all but one of the Parties requested that the Court stay the case for 60 days while the Attorney General conducted a review in line with President Trump's February 7, 2025, Executive Order titled Protecting Second Amendment Rights.[3] Defense Distributed was the only party opposed to a stay and filed a Motion for Preliminary Injunction (ECF No. 294) seeking to enjoin enforcement of the challenged ATF rules under Fifth Amendment Due Process and Second Amendment grounds ("Injunction Motion").

The Supreme Court has twice reversed this Court's imposition of injunctive relief in this case.

The first was in response to the Court's June 30, 2023, order (ECF No. 227) granting

---

[1] *VanDerStok v. Garland*, No. 23-10718, 2025 WL 1265648 (5th Cir. May 1, 2025).
[2] Order, May 12, 2025, ECF No. 287.
[3] *See* Joint Status Report, ECF No. 290.

summary judgment and vacatur of the challenged ATF rules. *See Garland v. Vanderstok*, 144 S. Ct. 44, (2023). The second was in response to the Court's order enjoining Defendants "from implementing and enforcing against Intervenor-Plaintiffs Defense Distributed and BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms the provisions in 27 C.F.R. §§ 478.11 and 478.12."[4] *See Garland v. Blackhawk Mfg. Group, Inc.*, 144 S. Ct. 338 (2023). While the Court has not yet ruled on Defense Distributed's request for Injunction, the Court is mindful of the Supreme Court's previous rulings reversing injunctive relief.

Given the history of this case, it seems more prudent to address all claims for relief at one time, instead of engaging in piecemeal litigation regarding only some legal claims. Presently, Defense Distributed only seeks injunctive relief on some, but not all, of its claims. Accordingly, the Parties shall meet to confer on a schedule to resolve *all* remaining issues involved in this lawsuit. After that meeting, they shall file a joint status report proposing a timeline for resolution of *all* issues by final judgment.

The joint status report is due no later than **April 2, 2026**. Based on the foregoing, the Court **STAYS** this case pending the issuance of an order setting a schedule to promptly resolve all remaining issues by final judgment. The Clerk of Court is directed to administratively close this case for statistical purposes pending the Court lifting the stay.

**SO ORDERED** this **19th day** of **March, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[4] Order 42, Sept. 14, 2023, ECF No. 261.

2



**TAB 4**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JENNIFER VANDERSTOK**, *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-00691-O** |
| | § | |
| **PAMELA BONDI, in her official capacity** | § | |
| **as Attorney General of the United States,** | § | |
| *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court are Plaintiff Defense Distributed's Motion for Injunction Pending Appeal (ECF No. 305), Defendants' Response (ECF No. 307), and Defense Distributed's Reply (ECF No. 308). Plaintiff "requests an injunction pending appeal that awards the same relief sought in the preliminary injunction motion."[1]

In support, Plaintiff invokes the standard set forth in *Nken v. Holder*, 556 U.S. 418, 434 (2009), which lays out the factors a district court should consider when evaluating a motion to stay pending appeal. Those factors are: "(1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies." *Id.*

But, "[a] stay is not a matter of right, even if irreparable injury might otherwise result. It is instead an exercise of judicial discretion, and the propriety of its issue is dependent upon the circumstances of the particular case." *Plaquemines Par. v. Chevron USA, Inc.*, 84 F.4th 362, 373

---

[1] Mot. 1, ECF No. 305.

1

(5th Cir. 2023) (quoting *Nken*, 556 U.S. at 433) (citation modified). Likewise, a "stay pending appeal is extraordinary relief for which [Plaintiff] bears a heavy burden." *Id.*

The stay here should be denied because Plaintiff has not met its burden. First, Plaintiff incorporates its previous injunctive briefing on the *Nken* factors. But there is a difference between the standards required for a preliminary injunction and a stay. A preliminary injunction requires showing a substantial likelihood of success, while a *Nken* stay requires a strong showing. Plaintiff makes no effort to explain the different standards in its briefing.

Next, while Plaintiff explains how it is irreparably harmed by the challenged rule,[2] the Government disputes the weight of Plaintiff's evidence on this factor.[3] It is clear Plaintiff is suffering due to the challenged rule; however, it is uncertain if this harm is irreparable. Plaintiff's original claims for irreparable harm primarily hinge on finding that the challenged rule violates the Second Amendment and Due Process Clause and economic harm in the form of lost sales revenue.[4] In its "notice of irreparable harm," which the Government argues is an unauthorized surreply,[5] Plaintiff for the first time brings up denial of banking and insurance options as additional evidence of irreparable harm.[6] Although there is harm, as the Government notes, "Defense Distributed cites no case law to support its assertion that denial of access to banking services constitutes irreparable harm."[7] But even if some of Plaintiff's harm is irreparable, that alone does not entitle it to a stay. "*Nken* instructs that "simply showing some possibility of irreparable injury fails to satisfy the second factor." *Plaquemines*, 84 F.4th at 376 (quoting *Nken*, 556 U.S. at 434–35).

---

[2] *See* Mot. Prelim. Inj. 18–19, ECF No. 294; Reply 3–5, ECF No. 308.
[3] Resp. 3–4, ECF No. 307.
[4] *See* Mot. Prelim. Inj. 18–19, ECF No. 294.
[5] Resp. 3, ECF No. 307.
[6] *See generally* Notice, ECF No. 301.
[7] Resp. 3, ECF No. 307.

Finally, regardless of whether Plaintiff's harm is irreparable, the remaining *Nken* factors—substantial injury to the other parties and public interest—weigh against a stay. Despite litigating some of its claims to the Supreme Court and the Fifth Circuit, Plaintiff has failed to move for summary judgment as to its remaining claims. There is no indication that it needs additional discovery before doing so, at least it appears none has been conducted. Instead, it appears Plaintiff is piecemeal seeking relief and when a particular ground of interim relief is not allowed it seeks interim relief on another ground. This type of litigation strategy is inefficient, taxes judicial resources, and disserves the public interest.

Evidence of judicial resources expended on this case help illustrate why this piecemeal strategy should be discouraged. This Court granted injunctive relief, twice. Those orders were litigated to the Fifth Circuit Court of Appeals and the Supreme Court, and on both occasions this Court's imposition of injunctive relief has been reversed. The first was in response to the Court's June 30, 2023, order (ECF No. 227) granting summary judgment and vacatur of the challenged rule. *See Garland v. Vanderstok*, 144 S. Ct. 44, (2023). The second was in response to the Court's order enjoining Defendants from implementing and enforcing the challenged rule against Defense Distributed and another plaintiff.[8] *See Garland v. Blackhawk Mfg. Group, Inc.*, 144 S. Ct. 338 (2023).

After considering all of the information presented, the propriety of issuing a stay is not satisfied by circumstances of this case. *Nken*, 556 U.S. at 433. As such, the Court declines to change the status quo by granting the requested stay pending the preliminary injunction appeal. Instead, the Court has notified the Parties that it intends to consolidate all remaining issues into a

---

[8] Order 42, Sept. 14, 2023, ECF No. 261.

dispositive motion and, when ripe, enter final judgment on all issues promptly. *See* ECF No. 304.

Defense Distributed's Motion for Injunction Pending Appeal (ECF No. 305) is **DENIED**.

      **SO ORDERED** on this **30th day** of **March, 2026**.



Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

**TAB 5**

## Declaration of Cody Wilson
## February 27, 2023

I, Cody R. Wilson, declare under penalty of perjury that the following statements are true and correct:

### Defense Distributed

1. I co-founded Defense Distributed in 2012 and have directed Defense Distributed's operations almost continuously since then. I am familiar with all significant aspects of Defense Distributed's operations.

2. Defense Distributed is a non-profit corporation organized under the laws of the State of Texas and headquartered in Austin, Texas.

3. Defense Distributed is the first private defense contractor in service of the general public. Since 2012's Wiki Weapon project, Defense Distributed has defined the state of the art in small scale, digital, personal gunsmithing technology.

4. Defense Distributed's business activities include the production and e-commerce retail sale of items that can be used in the process of self-manufacturing frames, receivers, and/or fully functioning firearms. The products that Defense Distributed produces and sells include items marketed colloquially as "80 Percent Lowers" (aka frame-and-receiver "blanks" or "castings"), as well as tools and jigs that individuals can use in conjunction therewith to produce frames, receivers, and/or fully functioning firearms.

### The new Final Rule

5. Congress in the Gun Control Act of 1968 defined "firearm" to mean "(A) any weapon (including a starter gun) which will or is designed to or may readily be converted to expel a projectile by the action of an explosive; (B) the frame or receiver of any such weapon; (C) any firearm muffler or firearm silencer; or (D) any destructive device. Such term does not include an antique firearm." 18 U.S.C. §921 (a)(2). Congress never defined the "firearm" term's constituent phrase "frame or receiver."

6. From March 1978 to August 2022, the Attorney General of the United States (through authority delegated to what is now the Bureau of Alcohol, Tobacco, Firearms and Explosives) administered the Gun Control Act of 1968 by deeming the "firearm" definition's "frame or receiver" phrase to mean "[t]hat part of a firearm which provides housing for the hammer, bolt or breechblock, and firing mechanism, and which is usually threaded at its forward portion to receive the barrel." *Title and Definition Changes*, 43 Fed. Reg. 13,531, 13,537 (Mar. 31, 1978).

7.  In August 2022, the Attorney General of the United States (through authority delegated to the ATF) administered the Gun Control Act of 1968 by giving the "firearm" definition's "frame or receiver" phrase a new meaning, *Definition of "Frame or Receiver" and Identification of Firearms*, 87 Fed. Reg. 24,652 (Apr. 26, 2022) (effective Aug. 24, 2022) (codified at 27 C.F.R. pts. 447, 478, and 479) (hereinafter the new Final Rule).

8.  The new Final Rule redefines "firearm" under the Gun Control Act as including, for the first time, unfinished receivers, unfinished frames, and frame and receiver parts kits. *See* 27 C.F.R. § 478.12(c) (defining "frame" and "receiver" as including "partially complete," "disassembled," or "nonfunctional" frames and receivers that are "designed to or may readily be completed, assembled, restored, or otherwise converted to function as a frame or receiver," and defining frame and receiver parts kits as "firearms" by providing that a "a frame or receiver parts kit" can constitute "a partially complete, disassembled, or nonfunctional frame or receiver").

### Defense Distributed's Operations under the new Final Rule

9.  Defense Distributed has never engaged, does not now engage, and does not intend to engage in, the business of importing, manufacturing, or dealing in any Gun Control Act "firearm" as that term is defined by the Gun Control Act itself.

10. Defense Distributed has never engaged, does not now engage, and does not intend to engage in, the business of importing, manufacturing, or dealing in any Gun Control Act "firearm" as that term is defined by administrative actions taken prior to August 2022.

11. Defense Distributed's business viability depends on its ability to deal in unfinished receivers, unfinished frames, and frame and receiver parts kits that (1) are *not* Gun Control Act "firearms" under the Gun Control Act itself, and (2) are *not* Gun Control Act "firearms" under administrative actions taken prior to August 2022, but that (3) *are* defined for the first time ever as Gun Control Act "firearms" by the new Final Rule.

12. Until the Agencies promulgated the new Final Rule, a critical amount of Defense Distributed's business consisted of dealing in (manufacturing, selling, delivering, shipping, transporting, and receiving) unfinished receivers, unfinished frames, and frame and receiver parts kits that (1) are *not* Gun Control Act "firearms" under the Gun Control Act itself, and (2) are *not* Gun Control Act "firearms" under administrative actions taken prior to August 2022, but that (3) *are* defined for the first time ever as Gun Control Act "firearms" by the new Final Rule.

    a)  The Gun Control Act itself makes clear that the unfinished receivers, unfinished frames, and frame and receiver parts kits Defense Distributed dealt are *not* Gun Control Act "firearms." Likewise, ATF classification letters issued before August 2022 also made clear that the unfinished receivers, unfinished frames, and frame and receiver parts kits Defense Distributed dealt are *not* Gun Control Act "firearms."

b) Under these authorities, unfinished frames and receivers are, by definition, articles that *may become* frames or receivers *if and only if* additional processes sufficiently alter their material constitutions. Frame and receiver parts kits are, by definition, kits containing non-frame or non-receiver articles that *may become* frames or receivers *if and only if* additional processes sufficiently alter their material constitutions. Those definitions accord with American common usage in the twentieth and twenty-first centuries.

c) Hence, Defense Distributed sold these items through its website and shipped them via the mail to persons in most states, including persons in the United States District Court for the Northern District of Texas's Forth Worth Division. Examples of what Defense Distributed sold substantial amounts of before the Final Rule include Polymer80's "80% Frame" and the other "80% Lowers & Frames" seen in this archived version of Defense Distributed's Ghost Gunner website:



### 80% Lowers & Frames

| AR-15 80% Lower Receiver – Forged | AK-47 80% Lower Receiver | AR-15 80% Lower Receiver | AR-308 80% Lower Receiver | M1911 80% Frame: .45ACP |
|---|---|---|---|---|
| $49.99 | $114.99 | $115.00 | $119.00 | $165.00 |
| Add to cart | Add to cart | Add to cart | Read more | Read more |

| M1911 80% Frame: 9mm/10mm/.38 Super/.40 S&W | Polymer80 80% Frame |
|---|---|
| $165.00 | $176.00 |
| Read more | Read more |

a) For the time period at issue, Defense Distributed performed a reasonably precise accounting of sales for these items—those defined for the first time ever as Gun Control Act "firearms" by the new Final Rule—and showed that they comprised a critical percentage of monthly revenues (nearly 1/5).

2. Solely because of the Agencies' new Final Rule, Defense Distributed ceased dealing in (manufacturing, selling, delivering, shipping, transporting, and receiving) unfinished receivers, unfinished frames, and frame and receiver parts kits that (1) are *not* Gun Control Act "firearms" under the Gun Control Act itself, and (2) are *not* Gun Control Act "firearms" under administrative actions taken prior to August 2022, but that (3) *are* defined for the first time ever as Gun Control Act "firearms" by the new Final Rule.

a) Because of the new Final Rule, Defense Distributed can no longer do business by dealing in the unfinished frames and receivers or frame and receiver part kits that are a critical aspect of its business.

b) Even though the Gun Control Act itself makes clear that Defense Distributed's unfinished receivers, unfinished frames, and frame and receiver parts kits are *not* Gun Control Act "firearms," and even though ATF classification letters issued before August 2022 also made clear that Defense Distributed's unfinished receivers, unfinished frames, and frame and receiver parts kits are *not* Gun Control Act "firearms," the new Final Rule and subsequent administrative actions have taken the position that these items *are* Gun Control Act "firearms."

c) The new Final Rule itself deems the items at issue Gun Control Act "firearms." *See* 27 C.F.R. § 478.12(c) (defining "frame" and "receiver" as including "partially complete," "disassembled," or "nonfunctional" frames and receivers that are "designed to or may readily be completed, assembled, restored, or otherwise converted to function as a frame or receiver," and defining frame and receiver parts kits as "firearms" by providing that a "a frame or receiver parts kit" can constitute "a partially complete, disassembled, or nonfunctional frame or receiver").

d) ATF actions further implementing the new Final Rule deem the items as issue Gun Control Act "firearms." These include the ATF "Open Letter to All Federal Firearms Licensees" of December 27, 2022, which states the following:

### OPEN LETTER TO ALL FEDERAL FIREARMS LICENSEES

#### Impact of Final Rule 2021-05F on Partially Complete Polymer80, Lone Wolf, and Similar Semiautomatic Pistol Frames

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is issuing this open letter to assist the firearms industry and the public in understanding whether a "partially complete, disassembled, or nonfunctional" frame of a Polymer80, Lone Wolf, or similar semiautomatic, striker-fired pistol (sometimes generally referred to as "Glock-type" pistols) has reached a stage of manufacture such that it "may readily be completed, assembled, restored, or otherwise converted" to a functional frame, and is therefore classified as a "frame" or "firearm" in accordance with the final rule titled *Definition of 'Frame or Receiver' and Identification of Firearms* (Final Rule 2021R-05F), which became effective August 24, 2022. In particular, the following addresses partially complete, disassembled, or nonfunctional semiautomatic striker-fired pistol frames or parts kits manufactured, sold, or distributed by Polymer80 (known as 'Poly80' or 'P80' frames or blanks), Lone Wolf (known as 'Freedom Wolf 80%' frames), and others, with the characteristics described below.

**Summary**

Applying the regulatory text of Final Rule 2021-05F, partially complete Polymer80, Lone Wolf, and similar striker-fired semiautomatic pistol frames, including, but not limited to, those sold within parts kits, have reached a stage of manufacture where they *"may readily be completed, assembled, restored, or otherwise converted"* to a functional frame. This definition of "readily" applies to each and every classification of a partially complete frame or receiver under this Rule, whether sold alone or as part of a kit. Therefore, *even without* any associated templates, jigs, molds, equipment, tools, instructions, guides, or marketing materials, these partially complete pistol frames are **"frames"** and also **"firearms"** as defined in the GCA and its implementing regulations, 18 U.S.C. § 921(a)(3)(B) and 27 CFR 478.12(a)(1), (c).

d) Because of the new Final Rule's unprecedented reclassification of unfinished receivers, unfinished frames, and frame and receiver parts kits, Defense Distributed and its customers faced a reasonable fear of criminal prosecution that caused Defense Distributed to cease dealing in these items. Examples of what Defense Distributed ceased selling due to the Final Rule include Polymer80's "80% Frame"—the item ATF's Open Letter expressly deems covered by the Final Rule—and the other "80% Lowers & Frames" seen in this archived version of Defense Distributed's Ghost Gunner website:



80% Lowers & Frames

| AR-15 80% Lower Receiver – Forged | AK-47 80% Lower Receiver | AR-15 80% Lower Receiver | AR-308 80% Lower Receiver | M1911 80% Frame: .45ACP |
|---|---|---|---|---|
| $49.99 | $114.99 | $115.00 | $119.00 | $165.00 |
| Add to cart | Add to cart | Add to cart | Read more | Read more |

| M1911 80% Frame: 9mm/10mm/.38 Super/.40 S&W | Polymer80 80% Frame |
|---|---|
| $165.00 | $176.00 |
| Read more | Read more |

3.     Because of the new Final Rule's unprecedented reclassification of unfinished receivers, unfinished frames, and frame and receiver parts kits, Defense Distributed has suffered immense damages that imminently threaten Defense Distributed's continued existence, including but not limited to:

a) Lost revenues. To date, Defense Distributed's lost revenue attributable to the new Final Rule's unprecedented reclassification of unfinished receivers, unfinished frames, and frame and receiver parts kits amounts to at least $350,000.

b) Lost sales of complimentary products. Defense Distributed's lost ability to deal in unfinished receivers, unfinished frames, and frame and receiver parts kits harms Defense Distributed ability to sell other complimentary products, such as jigs.

c) Lost reputation and good will. The new Final Rule also harms Defense Distributed's business by scaring away customers Since the new Final Rule took effect, customers have been hesitant, confused, and fearful about purchasing Defense Distributed's products, including those unaffected by the rule.

Below are some examples of comments that Defense Distributed has received from customers and potential customers:

> Now that the laws have changed. Is it possible to recover my deposit for the Ghost Gunner?
>
> I ordered in good faith before I knew the laws were going to change.

> I currently own a GG2. Can I still buy the 80% AR-15. If NOT, what am I supposed to do about 80% lowers? I see the ATF violated the LAW, but where does this leave me?

> I can appreciate where you are coming from. And I appreciate the information. But it is pretty clear that this administration is against ghost guns. And is making an effort to not only make it difficult but illegal. This was not the case when I decided to purchase your machine and put down a deposit.
>
> I hope that you can see it from my point of view. It is a scary time. Will GG please refund my deposit?

   d)   Vendor interruption. Because of the new Final Rule, vendors across Defense Distributed's supply chain have refused to supply services the otherwise would. That includes payment processors, metal-treatment businesses, and other distributors. E-commerce companies have also started suggesting that they may no longer be able to serve Defense Distributed.

   e)   Compliance costs. To date, Defense Distributed's compliance costs attributable to the new Final Rule's unprecedented reclassification of unfinished receivers, unfinished frames, and frame and receiver parts kits amount to $50,000 in direct compliance costs, which is apart from and in addition to the legal costs incurred in prosecuting the instant actin and obtaining preliminary legal advice about the Final Rule.

   f)   Defense Distributed has fixed operating costs—e.g., payroll and office rent. In the wake of the new Final Rule's catastrophic effects on its business, Defense Distributed has frozen its additional hiring plans and shifted to trying its best to retain as many employees as possible while awaiting clarity on the new Final Rule's lawfulness.

4.    Cumulatively, the new Final Rule's effect on Defense Distributed is devastating. With the new Final Rule in force, Defense Distributed has severely limited products, customers, business relationships, and cash. Without injunctive relief, the new Final Rule will likely force Defense Distributed to lay workforce, refund customers, and dissolve before any of the lawsuits challenging the new Final Rule yield a final judgment. The new Final Rule will destroy Defense Distributed, soon, unless the government is enjoined from enforcing the new Final Rule against it and its customers.

5.    I executed this declaration on February 27, 2023.

CODY WILSON



**TAB 6**

Docusign Envelope ID: A21B7E61-8AE6-4367-B66D-CB79902E1318

**Declaration of Cody Wilson**
**June 6, 2025**

I, Cody R. Wilson, declare under penalty of perjury that the following statements are true and correct:

1.  This declaration supplements my prior declarations for Case Number 4:22-cv-00691-O at the United States District Court for the Northern District of Texas, including the Declaration of Cody Wilson dated February 27, 2023, that is filed as Document 193-1. That 2023 declaration was true and correct at the time of its execution, is still true and correct in all relevant respects, and is both incorporated herein by reference and appended.

2.  Attached to this declaration is a true and correct copy of e-mail correspondence between counsel for Defense Distributed in this action (Chad Flores of Flores Law PLLC) and counsel for the Defendant government agencies and officials in this action (Jeremy Newman of the United States Department of Justice).

3.  After the Supreme Court of the United States issued *Bondi v. VanDerStok*, 145 S. Ct. 857 (2025), Defense Distributed (through counsel) inquired with ATF about whether it would enforce the challenged Rule provisions against Defense Distributed vis-à-vis the following items:

    (1) The Polymer80 80% Frame as sold by Defense Distributed on ghostgunner.com before the Rule took effect

    (2) the M1911 80% Frame:45ACP as sold by Defense Distributed on ghostgunner.com before the Rule took effect

    (3) the M1911 80% Frame:9mm/10mm/.8 Super/.40 S&W as sold by Defense Distributed on ghostgunner.com before the Rule took effect.

    Defense Distributed presented these and other items in Document 184 as follows:



1 of 5

Defense Distributed (through counsel) inquired about ATF's enforcement of the challenged provisions of the Rule against the three pistol "frame predecessors shown at Document 184." It asked this of the Department of Justice: "Will the government agree to not enforce the rule against Defense Distributed and its customers vis-a-vis these items during the action's pendency?" The answer: "No."

4. After the Supreme Court of the United States issued *Bondi v. VanDerStok*, 145 S. Ct. 857 (2025), Defense Distributed (through counsel) inquired with ATF about whether it would enforce the challenged Rule provisions against Defense Distributed vis-à-vis the following items:

(1) The G80 Build Kit as sold by Defense Distributed on G80.com.

(2) The G80 Unfinished Receiver as sold by Defense Distributed on G80.com.

(3) The G80 Grip Module as sold by Defense Distributed on G80.com.

Again through counsel, Defense Distributed asked the Department of Justice: "Will the government agree to not enforce the rule against Defense Distributed and its customers vis-a-vis these items during the action's pendency?" The answer: "No." After confirming that part of the position ("That's correct.",) counsel for the Department of Justice supplied (to counsel for Defense Distributed) this additional proviso

> That's correct. To be clear, as to the G80 items, ATF has not made a determination regarding whether or not they are firearms under the Rule, and ATF is not currently engaged in any enforcement against Defense Distributed as to those products. ATF stands ready to classify those products on an expedited basis if and when Defense Distributed submits samples to ATF for classification. But since Defense Distributed has, at least up to this point, elected not to submit samples for classification, ATF cannot provide assurances as to its future treatment of those products, and the government would oppose a motion for preliminary injunction.

5. The current G80.com website matches in all material respects the G80.com website that appeared when the Department of Justice used it to make the enforcement determinations described above. For all three of the G80 items at issue here, the G80.com website includes comprehensive item descriptions with accurate images like this:



*See* G80 Build Kit, https://g80.com/product/g80-build-kit/ (June 4, 2025).

6. For all three of the G80 items at issue, the G80.com website supplies full open source reference models in .step file format—a standardized 3D model file format (ISO 10303-21) widely used in computer-aided design (CAD) and manufacturing. *See* Downloads, https://g80.com/downloads/ (June 4, 2025). These models are made freely available for download and fully capture the 3D geometry, dimensions, and assembly structure of each product, enabling precise interrogation and analysis. Each G80 product's .step reference model can include detailed specifications, such as material tolerances, surface finishes, and component relationships, allowing engineers, manufacturers, or regulators to examine the products' design and functionality thoroughly. The G80 Unfinished Receiver model delineates the incomplete portions critical to its classification, while the G80 Grip Module model specifies ergonomic contours and attachment points. These reference models ensure that anyone seeking to understand the products' characteristics—whether for compliance, engineering, or legal purposes—can do so with complete transparency.

7. ATF's present enforcement of the Rule vis-à-vis the 80% frame items identified above continues to inflict all of the harms specified by the Declaration of Cody Wilson dated February 27, 2023, that is filed as Document 193-1. ATF's present enforcement of the Rule vis-à-vis the specified G80 items inflicts harms of similar kind and similar severity.

8. If Defense Distributed could freely market all of the items at issue without the Rule's cloud of criminality, the resulting sales would generate substantial revenue and healthy profit margins critical to the company's survival. But because of ATF's present enforcement of the Rule, Defense Distributed is deprived of this core revenue stream, undermining its financial stability and threatening its continued existence as a going concern. Additionally, to comply with the Rule, Defense Distributed has been forced to engage specialized legal professionals to provide advice and representation about what the Rule means and requires, both on its own terms and in light of *Bondi v. VanDerStok*, 145 S. Ct. 857 (2025). 2025 compliance costs already exceed fifty thousand dollars, substantially straining the company's finances after years of litigation.

9. I executed this declaration on June 6, 2025.

Signed by:

Cody Wilson

196F068DD416416...

CODY WILSON

Docusign Envelope ID: A21B7E61-8AE6-4367-B66D-CB79902E1318

**From:** **Newman , Jeremy S. (CIV)** Jeremy.S.Newman@usdoj.gov
**Subject:** RE: Re: [EXTERNAL] VanDerStok et al. v. Bondi et al., No. 4:22-cv-00691-O (N.D. Tex.)
**Date:** June 4, 2025 at 2:29 PM
**To:** Chad Flores cf@chadflores.law
**Cc:** Riess, Daniel (CIV) Daniel.Riess@usdoj.gov

Chad,

That's correct.  To be clear, as to the G80 items, ATF has not made a determination regarding whether or not they are firearms under the Rule, and ATF is not currently engaged in any enforcement against Defense Distributed as to those products.  ATF stands ready to classify those products on an expedited basis if and when Defense Distributed submits samples to ATF for classification.  But since Defense Distributed has, at least up to this point, elected not to submit samples for classification, ATF cannot provide assurances as to its future treatment of those products, and the government would oppose a motion for preliminary injunction.

Jeremy

---

**From:** Chad Flores <cf@chadflores.law>
**Sent:** Wednesday, June 4, 2025 1:41 PM
**To:** Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
**Cc:** Riess, Daniel (CIV) <Daniel.Riess@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: VanDerStok et al. v. Bondi et al., No. 4:22-cv-00691-O (N.D. Tex.)

Jeremy,

Thanks for the additional attention.  We appreciate the attention to detail everyone's given this important process.  The positions seem fully understood now (though of course please correct me if I'm wrong). I've attached yesterday's letter and the pertinent emails just for ease of reference.  On that basis, here's what we understand the government's position to be as to the two key sticking points.  We'll proceed accordingly in meeting the Court's June 6 deadline.

## 1. The G80 items

As to the G80 items discussed below and in the letter - the GO Grip Module (as sold on <u>ghostgunner.net</u>), the G80 Build Bundle (as sold on G80.com), the G80 Unfinished Receiver (as sold on G80.com) • G80 Grip Module (as sold on G80.com) - we understand the government's positions to be this:

- Will the government agree to *not* enforce the rule against Defense Distributed and its customers vis-a-vis these items during the action's pendency?  No. The government's position might or might not change if these items underwent an examination process for further coverage determination. But because that has not happened and unless and until that happens, the answer is no.

- Will the government oppose a preliminary injunction against the government's enforcement of the rule vis-a-vis those items (for just Defense Distributed and its customers, not anyone else)? Yes.

**2. The frame predecessors shown at Document 184.**

As to the frame predecessors shown at Document 184, we understand the government's positions to be this:

- Will the government agree to *not* enforce the rule against Defense Distributed and its customers vis-a-vis these items during the action's pendency?  No.

- Will the government oppose a preliminary injunction against the government's enforcement of the rule vis-a-vis those items (for just Defense Distributed and its customers, not anyone else)? Yes.

_____

Chad Flores
cf@chadflores.law
(512) 589-7620

On Wed, Jun 4, 2025 at 9:50 AM Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov> wrote:

> Chad,
>
> As to the four products listed in your email, ATF has not come to a conclusion one way or the other as to whether the items are firearms under the rule and the GCA, and will not come to a conclusion absent being able to examine samples.  However, as I indicated in yesterday's letter, if Defense Distributed provides samples of those products, ATF will classify them on an expedited basis.  Without having the opportunity to examine samples, the government cannot represent that it will not enforce the rule as to those products, but ATF is not currently engaged in any enforcement against Defense Distributed as to those products.  The government will only enforce the rule as to products that are, in fact, firearms as defined by the rule.  At this point, and without having the opportunity to examine samples, ATF has not made any determination with respect to those products.
>
> Best regards,
> Jeremy

> **From:** Chad Flores <cf@chadflores.law>
> **Sent:** Tuesday, June 3, 2025 2:59 PM
> **To:** Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
> **Cc:** Riess, Daniel (CIV) <Daniel.Riess@usdoj.gov>
> **Subject:** [EXTERNAL] Re: VanDerStok et al. v. Bondi et al., No. 4:22-cv-00691-O (N.D. Tex.)
>
> Jeremy,
>
> Thanks for supplying this in time.  You may recall that we started out this discussion inquiring about Defense Distributed's need to seek a preliminary injunction against the parts of the rule that continue to be enforced.  Now that the

injunction against the parts of the rule that continue to be enforced. Now that the scope of enforcement has been clarified, we should circle back once more to confirm and close the loop as to these items addressed at page two of the letter:

- GO Grip Module (as sold on ghostgunner.net)
- G80 Build Bundle (as sold on G80.com)
- G80 Unfinished Receiver (as sold on G80.com)
- G80 Grip Module (as sold on G80.com)

As to those items, our understanding is that the government will <u>not</u> cease enforcing the challenged provisions of the rule against Defense Distributed during the action's pendency (unless the letter's sampling and classification process takes place and results in further allowance). And on that basis, our understanding is that the government would oppose a preliminary injunction against the government's enforcement of the rule vis-a-vis those items (for just Defense Distributed and its customers, not anyone else). Is that correct?

Thanks again for the close attention to all of these details. We appreciate the professionalism.

_____
Chad Flores
cf@chadflores.law
(512) 589-7620

On Jun 3, 2025 at 1:17:54 PM, "Newman , Jeremy  S. (CIV)" <Jeremy.S.Newman@usdoj.gov> wrote:

> Counsel:
>
> Please find the attached correspondence.
>
> Sincerely,
> Jeremy Newman
>
> **Jeremy S.B. Newman** | Trial Attorney
> U.S. Department of Justice, Civil Division, Federal Programs Branch
> 1100 L Street, NW | Washington, DC 20005
> tel (202) 532-3114
> email: jeremy.s.newman@usdoj.gov

Docusign Envelope ID: A21B7E61-8AE6-4367-B66D-CB79902E1318

**TAB 7**

Docusign Envelope ID: E8B2EB7D-0D60-42B2-9119-E96ECA24E558

**Declaration of Grant Williams**
January 21, 2026

I, Grant Williams, declare under penalty of perjury that the foregoing is true and correct:

1. I am a Senior Vice President of Treasury Management at Southside Bank, a Texas-chartered financial institution. My role involves oversight of commercial banking relationships, including cash-management services, deposit accounts, and the evaluation of regulatory and risk considerations associated with those relationships.

2. Southside Bank was asked to provide Defense Distributed with basic banking services, including a deposit account necessary for ordinary business operations. In my capacity at the bank, I participated in evaluating whether Southside Bank could maintain such a relationship consistent with its regulatory obligations and risk standards.

3. Absent concerns about enforcement of the ATF's 2022 "Frame or Receiver" Rule, Southside Bank would ordinarily evaluate a request for a basic deposit account using standard banking criteria, including customer identity, account purpose, and operational considerations. Prior to the government's threatened enforcement of that Rule against Defense Distributed, there was no independent reason that would have precluded the bank from providing ordinary deposit services.

4. Southside Bank has declined to maintain a deposit account for Defense Distributed during the period in which the government has insisted on continued enforcement of the ATF's 2022 "Frame or Receiver" Rule. The decision was not based on any finding of misconduct, illegality, or regulatory violation by Defense Distributed. While litigation over the Rule is ongoing and enforcement is threatened, the bank has been unable to determine with sufficient certainty whether providing services would expose Southside Bank to regulatory or enforcement risk. Southside Bank has not reached a legal conclusion that Defense Distributed's products or activities are unlawful. The difficulty is the absence of clear boundaries while enforcement continues. In the banking industry, when potential criminal exposure cannot be reliably ruled out due to regulatory ambiguity, institutions are expected to err on the side of exclusion.

5. A court ruling expressly limiting enforcement of the Rule as to Defense Distributed would resolve the uncertainty that has driven Southside Bank's decision. Clear judicial guidance removing potential criminal or regulatory exposure would permit the bank to evaluate Defense Distributed's request for services under ordinary banking standards, rather than exclusion based on unresolved enforcement risk. From Southside Bank's perspective, and setting aside the regulatory uncertainty associated with enforcement of the Rule, I know of no independent reason why Defense Distributed would be disqualified from consideration for basic commercial banking service

6. I am over the age of eighteen and competent to make this declaration. The facts stated above are based on my personal knowledge acquired through my direct involvement in Southside Bank's evaluation of Defense Distributed's request for banking services.

I executed this declaration on January 21, 2026.

DocuSigned by:

*Grant Williams*

7B993A827FA24B1...

1

**TAB 8**

**Declaration of Marc Cisneros**
January 15, 2026

I, Marc Cisneros, declare under penalty of perjury that the foregoing is true and correct:

1.  I am the owner of CS Innovative Insurance Solutions, an independent insurance agency based in Texas that represents multiple national insurance carriers. I work directly with underwriters and insurers to place commercial insurance coverage for businesses operating in regulated industries, including firearms-related businesses

2.  CS Innovative Insurance Solutions acted on behalf of Defense Distributed in seeking commercial insurance coverage necessary for its operations, including the general and products liability coverages required to contract, transact, and maintain ordinary business relationships. My involvement included presenting Defense Distributed's risk profile to insurers and communicating insurers' responses regarding coverage availability.

3.  Before the government threatened enforcement of the ATF's 2022 "Frame or Receiver" Rule, the insurance market was able to evaluate firearms-related businesses using ordinary underwriting criteria, including claims history, operational practices, and risk controls. There was no adjudication or finding that would have independently rendered Defense Distributed uninsurable.

4.  During the period in which the government has insisted on continued enforcement of the ATF's 2022 "Frame or Receiver" Rule, insurers have declined to offer commercially reasonable coverage. Those decisions were not based on claims history, loss performance, or operational deficiencies. Insurers have stated that they cannot assess coverage risk while enforcement of the Rule is threatened and the boundaries of lawful conduct remain unclear. No insurer represented to my knowledge that Defense Distributed's conduct had been adjudicated unlawful. From an underwriting perspective, indeterminate criminal exposure makes meaningful risk pricing impossible, and the standard response under those conditions is to decline coverage altogether.

5.  From an insurance-placement standpoint, a federal court decision establishing that the Rule cannot be enforced against Defense Distributed in this context would substantially alter the underwriting landscape. With enforcement risk clarified or removed, insurers could evaluate coverage and price risk in the ordinary course rather than declining coverage due to regulatory uncertainty. In my dealings with insurers and underwriters, I have identified no underwriting issue specific to Defense Distributed that would, standing alone, preclude the availability of commercially reasonable insurance coverage absent the enforcement risk posed by the Rule.

6.  I am over the age of eighteen and competent to make this declaration. The statements above are based on my personal knowledge derived from my direct involvement in attempting to place insurance coverage for Defense Distributed.

7.  I executed this declaration on January 15, 2026.

Signed by:

*Marc Cisneros, Jr*

22F16D701446464...

# Certificate of Service

I certify that on June 2, 2026, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon all counsel of record.

S/Chad Flores

Chad Flores