No. 26-10244

_____

In the United States Court of Appeals for the Fifth Circuit

_____

Defense Distributed,

Intervenor Plaintiff — Appellant,

v.

Todd Wallace Blanche, Acting U.S. Attorney General,
in her official capacity as Attorney General of the United States;
United States Department of Justice; Daniel P. Driscoll, in his official capacity as
Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives;
Bureau of Alcohol, Tobacco, Firearms, and Explosives,

Defendants — Appellees.

_____

Appeal from the United States District Court for the
Northern District of Texas; No. 4:22-cv-00691-O

_____

**Unopposed Motion to File Brief out of Time**

_____

Chad Flores
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 893-9440

Counsel for Defense Distributed

**Unopposed Motion to File Brief out of Time**

Defense Distributed respectfully requests leave to file its opening brief out of time. The brief was due June 1, 2026, and was filed one day later, on June 2, 2026. Counsel missed the original date through an inadvertent calendaring error and has moved promptly to correct it. The government does not oppose.

The Court's initial briefing schedule made Defense Distributed's opening brief due by June 1, 2026. The undersigned counsel inadvertently failed to docket that date correctly. Counsel's firm maintains ordinary calendaring procedures for appellate deadlines, but this deadline was not captured as it should have been. Counsel discovered the error on the morning of June 2, 2026, immediately conferred with opposing counsel, and filed both the opening brief and this motion the same day. The error was counsel's alone, not the appellant's. Defense Distributed asks the Court to accept its opening brief, filed June 2, 2026, as timely.

Good cause supports the request. Rule 26(b) authorizes the Court, for good cause, to extend the time to perform an act or to permit an act after the original deadline has expired. Fed. R. App. P. 26(b). Here, the delay is a single day, the error was inadvertent, and counsel acted promptly after discovering it. The brief is already on file, so granting leave resolves the matter without significantly changing the briefing schedule or the Court's calendar. No party will be prejudiced.

The government does not oppose this motion. On June 2, 2026, undersigned counsel conferred with counsel for the government by email and telephone. Counsel for the government confirmed by email that Appellees do not oppose the filing of the brief of appellants on or before June 3, 2026.

## Conclusion

The unopposed motion should be granted. Defense Distributed's opening brief, filed June 2, 2026, should be accepted as timely.

Respectfully submitted,

/s/ Chad Flores
Chad Flores
chad@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 893-9440

Counsel for Defense Distributed

## Certificate of Conference

On June 2, 2026, undersigned counsel conferred with counsel for the government by email and by telephone regarding this motion. The government confirmed that it does not oppose the request to file the brief of appellants on or before June 3, 2026.

/s/ Chad Flores
Chad Flores

## Certificate of Compliance

This filing complies with the type-volume limitations of the Federal Rules of Appellate Procedure because it contains 307 not-exempted words.

This filing complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedure 32 and Fifth Circuit Rule 32 because it has been prepared in a proportionally spaced typeface in 14-point font using Microsoft Word for Mac Version 16.107.

/s/ Chad Flores
Chad Flores