**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

---

Defense Distributed,
     *Intervenor Plaintiff – Appellant,*

     *v.*

Todd Wallace Blanche, in his official capacity as
Acting Attorney General of the United States; United
States Department of Justice; Daniel P. Driscoll, in
his official capacity as Acting Director of the Bureau
of Alcohol, Tobacco, Firearms, and Explosives;
Bureau of Alcohol, Tobacco, Firearms, and
Explosives,
     *Defendants – Appellees.*

No. 26-10244

---

**GOVERNMENT'S UNOPPOSED MOTION FOR A LEVEL 1
EXTENSION TO FILE ITS RESPONSE BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27 and Local Rule 31.4.3, the

government respectfully requests a Level 1 extension of 30 days to file its response

brief. The requested extension would result in a deadline of August 7, 2026, for the

government's brief. The motion is unopposed.

1. This appeal arises from a motion for a preliminary injunction plaintiff filed

seeking to enjoin enforcement of a rule issued by the Bureau of Alcohol, Tobacco,

Firearms, and Explosives. *See* Definition of "Frame or Receiver" and Identification

of Firearms, 87 Fed. Reg. 24,652 (Apr. 26, 2022).

2. On June 2, 2026, appellant moved to file its opening brief out of time and

submitted its brief for filing. The government did not oppose that motion.

3.  On June 8, the Court granted appellant's motion and accepted appellant's opening brief.  The Court set a due date of July 8 for the government's response brief.

4.  The government respectfully requests a Level 1 extension of 30 days, to and including August 7, 2026, to file its response brief in this matter.

5.  The requested extension is necessary in light of other deadlines faced by government counsel.  The attorney with principal supervisory responsibility for this matter, Brad Hinshelwood, also has responsibility for a number of other ongoing appellate matters, including *DSCC v. Trump*, No. 25-5193 (D.C. Cir.) (response to emergency motion filed June 6, 2026, & expedited response merits brief due June 29, 2026), as well as *Searcy v. Pfizer, Inc.*, No. 25-14198 (11th Cir.) (response brief filed June 5, 2026); *Van Loo v. United States*, No. 25-2930 (9th Cir.) (response brief filed June 10, 2026); *Khan v. United States*, No. 25-10219 (11th Cir.) (oral argument to be presented on June 26, 2026); *Mowry v. United States*, No. 26-3059 (6th Cir.) (response brief due June 29, 2026); *Firearms Policy Coalition v. Bondi*, No. 25-11328 (5th Cir.) (opening brief due July 2, 2026); *Oregon v. United States*, Nos. 26-1804, 26-1805 (Fed. Cir.) (opening brief due July 7, 2026); *Goad v. United States*, No. 26-7021 (10th Cir.) (response brief due July 8, 2026); *Texas v. CMS*, No. 25-40766 (5th Cir.) (reply brief due July 8, 2026); *Guertin v. United States*, No. 26-5033 (D.C. Cir.) (response brief due July 10, 2026); *Tankersley v. United States*, No. 26-1971 (9th Cir.) (response brief due July 10, 2026); *The New York Times Co. v. Dep't of Defense*, No. 26-5113 (D.C. Cir.) (opening brief due July 14, 2026).

Domenic Canonico, the line attorney with responsibility for this matter, faces several pressing internal deadlines and has responsibility for several ongoing appellate matters, including *Kingdom v. Trump*, No. 26-5181 (D.C. Cir.) (emergency stay motion filed May 29, 2026, and reply filed June 8, 2026); and *Goad v. United States*, No. 26-7021 (10th Cir.) (response brief due July 8, 2026, after 30-day extension).

6. Appellant's counsel has informed the undersigned that appellant consents to this proposed extension.

## CONCLUSION

For the foregoing reasons, the government respectfully asks that the Court extend the due date for the government's response brief by 30 days, to and including August 7, 2026.

Respectfully submitted,

BRAD HINSHELWOOD

*/s/ Domenic Canonico*
DOMENIC CANONICO
*Attorneys*
*Civil Division, Appellate Staff*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W., Room 7246*
*Washington, D.C. 20530*
*(202) 353-8189*

JUNE 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with Federal Rules of Appellate Procedure 27(d)(1)(E), 32(a)(5), and 32(a)(6) because it was prepared with Garamond 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 525 words, according to the word count of Microsoft Word.

/s/ *Domenic Canonico*
Domenic Canonico

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system.  I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

*/s/ Domenic Canonico*
Domenic Canonico