No. 26-10244

---

In the United States Court of Appeals for the Fifth Circuit

---

Defense Distributed,

Intervenor Plaintiff — Appellant,

v.

Todd Wallace Blanche, Acting U.S. Attorney General, in his official capacity as Attorney General of the United States; United States Department of Justice; Robert Cekada, Director, U.S. Bureau of Alcohol, Tobacco and Firearms; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

Defendants—Appellees.

---

Appeal from the United States District Court for the Northern District of Texas; No. 4:22-cv-00691-O

---

# Reply Brief of Appellant Defense Distributed

---

Chad Flores
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 893-9440

Counsel for Defense Distributed

## Table of Contents

Table of Authorities ........................................ iii

Reply ........................................ 1

I. The Court should dismiss the appeal as moot ........................................ 1

Certificate of Compliance ........................................ 3

## Table of Authorities

### Cases

*Koppula v. Jaddou*,
72 F.4th 83 (5th Cir. 2023) ........................................................ 1

*Louisiana World Exposition, Inc. v. Logue*,
746 F.2d 1033 (5th Cir. 1984) ..................................................... 1

## Reply

### I. The Court should dismiss the appeal as moot.

The appeal challenges the district court's refusal to enter a preliminary injunction, which constituted a live and appealable decision at the time. But after the filing of both principal briefs, the district court entered a final decision via summary judgment. Docs. 330, 331. It granted Defense Distributed summary judgment on the Second Amendment and Due Process Clause claims at issue here, declared the challenged rule provisions unconstitutional, and entered a permanent injunction. *Id.* That vanquishes the earlier preliminary injunction refusal and moots this appeal, requiring dismissal. *See Koppula v. Jaddou*, 72 F.4th 83, 84 (5th Cir. 2023). Any review of the parties' positions will proceed, if at all, through appeals from the final judgment, on which the parties "will be able to obtain as broad a review . . . as they could have obtained on appeal from the order granting the preliminary injunction." *La. World Exposition, Inc. v. Logue*, 746 F.2d 1033, 1038 (5th Cir. 1984).

Sooner or later, Defense Distributed's constitutional rights deserve serious vindication by this Court and perhaps another. For the time being, ATF escapes.

## Conclusion

The Court should dismiss the appeal as moot.

Respectfully submitted,

/s/ Chad Flores
Chad Flores
chad@chadflores.law
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
(713) 893-9440

Counsel for Defense Distributed

## Certificate of Compliance

This filing complies with the type-volume limitations of the Federal Rules of Appellate Procedure because it contains no more than 198 not-exempted words.

This filing complies with the typeface and typestyle requirements of Federal Rule of Appellate Procedure 32 and Fifth Circuit Rule 32 because it has been prepared in a proportionally spaced typeface in 14-point font using Microsoft Word for Mac Version 16.107.

/s/ Chad Flores
Chad Flores