A True Copy
Certified order issued Nov 06, 2026

Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 6, 2026
Thomas B. Plunkett, III
Clerk

No. 26-10244

Defense Distributed,

*Intervenor Plaintiff—Appellant*,

*versus*

Todd Wallace Blanche, *Acting U.S. Attorney General, in his official capacity as Attorney General of the United States*; United States Department of Justice; Robert Cekada, *Director, U.S. Bureau of Alcohol, Tobacco and Firearms*; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-691

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of November 06, 2026, pursuant to Appellant's unopposed motion.

THOMAS B. PLUNKETT, III
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ______________________________
Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT